LAWRENCE E. JONES
FULL NAME

COMMITTED NAME (if different)

HIGH DESERT STATE PRISON
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. BOX   3030

SUSANVILLE   CA   96127
PRISON NUMBER (if applicable)

C-64886

FILED
CLERK, U.S. DISTRICT COURT

AUG - 6 2019

CENTRAL DISTRICT OF CALIF.
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE E. JONES

PLAINTIFF,

v.

CORRECTIONAL OFFICERS: E. GOLLETTE,
S. KHODABAKHYSHYAN, R. ROSAS, A,
AYON, AND M. MORAN

DEFENDANT(S).

CASE NUMBER  2:19-CV-6806-ODW(AFM)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)



RECEIVED
CLERK, U.S. DISTRICT COURT

AUG - 5 2019

CENTRAL DIST...
BY

a. Parties to this previous lawsuit:
   Plaintiff _____ N/A _____

   Defendants _____ N/A _____

b. Court _____ N/A _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___Lawrence E. Jones___
(print plaintiff's name)

who presently resides at ___High Desert State Prison P.O. BOX 3030 Susanville Ca 96127___
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

___California State Prison, Los Angeles County (CSP/LAC) Lancaster, Ca 93539___
(institution/city where violation occurred)

on (date or dates) <u>01-18-2018</u> , _____ , _____ .
<span style="margin-left:4em">(Claim I)</span> <span style="margin-left:6em">(Claim II)</span> <span style="margin-left:6em">(Claim III)</span>

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant  E. GOLLETTE _____ resides or works at
<span style="margin-left:5em">(full name of first defendant)</span>
LANCASTER STATE PRISON, LANCASTER, CA 93539
<span style="margin-left:5em">(full address of first defendant)</span>
Correctional Officer
<span style="margin-left:5em">(defendant's position and title, if any)</span>

The defendant is sued in his/her (Check one or both): ☒ individual     official capacity.

Explain how this defendant was acting under color of law:
Defendant violated plaintiff's constitutional rights by his use of
excessive force against plaintiff, and sexually assualting him with foot

2.   Defendant  S. KHODABAKHSYHYAN _____ resides or works at
<span style="margin-left:5em">(full name of first defendant)</span>
LANCASTER STATE PRISON. LANCASTER, CA 93539
<span style="margin-left:5em">(full address of first defendant)</span>
Correctional Officer
<span style="margin-left:5em">(defendant's position and title, if any)</span>

The defendant is sued in his/her (Check one or both): ☒ individual     official capacity.

Explain how this defendant was acting under color of law:
Defendant violated plaintiff's constitutional rights by his use of
excessive force against plaintiff, and sexually assualting him.

3.   Defendant  R. ROSAS _____ resides or works at
<span style="margin-left:5em">(full name of first defendant)</span>
LANCASTER STATE PRISON. LANCASTER, CA 93539
<span style="margin-left:5em">(full address of first defendant)</span>
Correctional Officer
<span style="margin-left:5em">(defendant's position and title, if any)</span>

The defendant is sued in his/her (Check one or both): ☒ individual     official capacity.

Explain how this defendant was acting under color of law:
Defendant violated plaintiff's constitutional rights by his use of
excessive force against plaintiff, and sexual assualt

---

CIVIL RIGHTS COMPLAINT

4. Defendant  A. AYON
   <u>(full name of first defendant)</u>                                        resides or works at
          LANCASTER STATE PRISON. LANCASTER, CA 93539
          <u>(full address of first defendant)</u>
          Correctional Officer
          <u>(defendant's position and title, if any)</u>

The defendant is sued in his/her (Check one or both): ☒ individual    ˙ official capacity.

Explain how this defendant was acting under color of law:

<u>Defendant violated plaintiff's constitutional rights by his use of</u>
<u>excessive against plaintiff, sexually assualting and stompping on head</u>

5. Defendant <u>M. MORAN</u>                                                   resides or works at
          <u>(full name of first defendant)</u>
          LANCASTER STATE PRISON. LANCASTER. CA  93539
          <u>(full address of first defendant)</u>
          Correctional Officer
          <u>(defendant's position and title, if any)</u>

The defendant is sued in his/her (Check one or both): ☒ individual    . official capacity.

Explain how this defendant was acting under color of law:

<u>Defendant violated plaintiff's constitutional rights by his use of</u>
<u>excessive force against plaintiff, and sexual assualt</u>

CV-66 (7/97)                        CIVIL RIGHTS COMPLAINT

D. CLAIMS*

CLAIM I

The following civil right has been violated:

SEE ATTACHED SUPPLEMENTAL BRIEF

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

SEE ATTACHED SUPPLEMENTAL BRIEF

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

SEE ATTACHED SUPPLEMENTAL BRIEF

7-25-2019
*(Date)*

*(Signature of Plaintiff)*

1 | Lawrence Jones
High Desert State Prison
2 | P.O. Box 3030
Susanville, Ca 96127
3 |        In pro Se

4

5 |              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
6

7

8 | Lawrence E. Jones                Case No.
            Plaintiff.

9 |                       **COMPLAINT FOR**
         V.             **DECLARATORY RELIEF**

10 |                       **AND MONEY DAMAGES**
Correctional Officers; E. Gollette,

11 | S, Khodabakhshyan, R. Rosas, A. Ayon,  (42 U.S.C. § 1983
                      Civil Rights Action)

12 | and M, Moran.
             Defendants.

13

14 | Plainiff alleges as follows;

15

16 |                   **I. INTRODUCTION**

     This is a civil rights complaint for declaratory relief and money damages

17 | brought over the use of unerasonable, unnecessary excessive force and sexual

18 | assualt in violation of the legal rights of plaintiff Lawrence E. Jones while

19 | he was incarcerated at the California State Prison Lancaster by defendants

20 | E. Gollette, S. Khodabakhshyan, R. Rosas, A. Ayon, and M. Moran, who was

21 | at the time of the incident California Department of Corrections Correctional

22 | Officers at Lancaster State Prison.

23 |           **II. JURISDICTION AND VENUE**

24 |     1. This is a civil rights action under 42 U.S.C. § 1983 to redress the

25 | deprivation under color of state law of rights, privileges and immunities

26 | guaranteed by the Eighth Amendment of the United States Constitution. This

27 | court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343

28 |     2. This Court has jurisdiction over plaintiff's action for declaratory

1  relief pursuant to 28 U.S.C. § 2201 and 2202 and rule 57 of the federal

2  Rules of Civil Procedure.

3      3.  The Central District of California is an appropriate venue under

4  28 U.S.C section 1391 (b)(2) because it is where the events giving rise

5  to this claim occured.

6

7                           III.  PLAINTIFF

8

9      4.  Plaintiff Lawrence Jones was at all times mentioned in this complaint

10 a ½rospmer at California State Prison Lancaster (CSP/LAC). He is currently

11 confined in California State Prison High Desert State Prison in Susanville,

12 Calfornia.

13

14                           IV. DEFENDANTS

15

16     5.  Defendant E. Gollette, is or was a correctional officer of the

17 department of corrections who, at all times mentioned in this complaint held

18 the rank of a guard.  He is being sued in his individual capacity;

19

20     6.  Defendant S. Khodabakhshyan, is or was a correctional officer of the

21 department of corrections who, at all times mentioned in this complaint held

22 the rank of a guard. He is being sued in his individual capacity;

23

24     7.  Defendant R. Rosas, is or was a correctional officer of the department

25 of corrections who, at all times mentioned in this complaint held the rank

26 of a guard. He is being sued in his individual capacity;

27

28     8.  Defendant A. Ayon, is or was a correctional officer of the department

                                   2.

1 | of corrections who, at all times mentioned in this complaint held the rank
2 | of a guard. He is being sued in his individual capacity;

3

4 | 9.   Defendant M. Moran, is or was a correctional officer of the department
5 | of corrections who, at all times mentioned in this complaint
6 | held the rank of a guard. He is being sued in his individual capacity;

7

8 | 10.   Each defendant is sued individually and in their individual capacity.
9 | At all times mentioned in this complaint each defendant acted under the color
10 | of state law.

11

12 | V. STATEMENT OF FACTS

13

14 | 11.   On January 11, 2018, Plaintiff approached defendant R. Rosas in
15 | front of B-yard dinning hall regarding a disciplinary charge that defendant
16 | R. Rosas acted as the investigative employee, on September the 14, 2016,
17 | defendant R. Rosas submitted a false I.E report that resulted in plaintiff
18 | being found guilty of a charge of distribution of a controlled substance and
19 | denied certain privilages, Because defendant R. Rosas claimed to have inter-
20 | viewed and questioned witness'es $^c$/o Tillman (non defendant) and $^c$/o Rosales
21 | (non defendant), but in fact did not. And plaintiff's witness inmate Smith
22 | F-10598 was not asked the questions as plaintiff presented them.
23 | 12.   On 01-11-2018, Plaintiff advised defendant R. Rosas that if he was
24 | unwilling to help him remedy tht sitiation that he would have to write him up,
25 | (submit an inmate grievence against him, 602) Defendant R. Rosas responded
26 | by stating "Do what the fuck you have to do!"
27 | 13.   On 01-12-2018, Plaintiff was physically pulled out of his cell be
28 | several correctional officers and place in the upper shower in building (5)

3.

1  section C for allegedly being in possession of a cell phone.  The  reason
2  for the search. See attached as exhibit A, lines 1-3

3      14.    While plaintiff was in the shower he complained of not feeling well,
4  plaintiff was to be escorted to B-yard gym for a medical evaluation, See as
5  as attached as exhibit B, page 1 of 2, lines 1-2.

6      15.    Once indide the gym defendant E. Gollette insisted that plaintiff
7  submit to a strip search. See exhibits B, page 1, lines 4-5. exhibit C, page
8  2, lines 6-7. And exhibit D, page 1, lines 5-6.

9      16.    While plaintiff attempted to explain to defendant E. Gollette that
10 he was in the gym for a medical evaluation defendant E. Gollette reached and
11 pulled at plaintiff's pants. When plaintiff grabbed at his pants inorder to
12 keep them up, defendant E. Gollette begun yelling "Stop resisting!!!"
13 Defendants E. Gollette, S. Khodabakhshyan, R. Rosas, A. Ayon, and M. Moran
14 then acted maliciously and sadistically, and used excessive force against
15 plaintiff by attacking and wrestling him to the ground while in handcuffs.
16 See exhibits B, page 1, lines 8-10, and page 2, lines 1-5. exhibit C, page 2,
17 lines 10-16.    exhibit D, page 2, lines 5-12, and exhibit E, page 10-11,
18 page 2, lines 1-6. and exhibit F, page 1, lines 7-8.

19     17.    While plaintiff was on the ground and subdued, defendant E. Gollette
20 controlled plaintiff by the handcuffs while defendants S. Khodabakhshyan,
21 R. Rosas, M. Moran, and A. Ayon malicious and viciously tore and pulled
22 plaintiff's cloths off. C/o S. Khodabakhshyan and C/o R. Rosas tore and pulled
23 plaintiff's pants off, while C/o M. Moran and C/o A. Ayon tore and pulled
24 plaintiff's shirt off. See exhibit B, page 2, lines 3-5, exhibit C, page 2,
25 lines 14-21, exhibit D, page 2, lines 10-12, exhibit E, page 1, lines 9-11
26 and page 2, lines 1-9, and exhibit F, page 1, lines 8-10.

27     18.    Once plaintiff was stripped naked and pinned to the floor defendant
28 R. Rosas grabbed and separated plaintiffs legs so that defendant

4.

S. Khodabakhshyan inserted his finger inside of plaintiffs rectum, in search of an unknown contranband. See exhibit B, page 2, line 5, exhibit C, page 2, line 23, exhibit E, page 2, lines 9-10.

19.  While plaintiff was trying to avoid to sexual assualt and rape c/o A. Ayon viciously stomped plaintiff on the leftside of his head, causing great pain and dizziness. See exhibit G. "Left ear"

20.  Plaintiff was then rolled over by defendants S. Khodabakhshyan, R. Rosas, A. Ayon, and M. Moran, and while still standing over plaintiff, defendant E. Gollette moved plaintiff's gentilas around with his foot.

21.  Plaintiff was then placed inside of a holding cell nude.

22.  When medical staff was finally notified, it was determined that plaintiff was suffering from a 100.6 fever. See exhibit H. and FLU like symptoms, See exhibit I.

23.  It was also determined that plaintiff suffered injuries to both of his arms and left knee. See exhibit J, pages 1&2.

24.  As a result of the defendants actions plaintiff suffers head injuries, See exhibit K, pages, 1.2,3&4.

25.  Because of the actions of the defendants plaintiff also suffers back injuries. See exhibit L, pages 1,2,3,&4.

26.  For the malicious and sadistic sexual assualt by the defendants, plaintiff also suffers emotional and psycological damages. See exhibit M, pages 1,2,3,&4.

27.  Plaintiff as been perscribed the medication of prazosin to cope with the emotional and psycological damage. see exhibit N.

28.  The actions of the defendants was not authorized or supervised. The superior officer, Lieutenant Martinez states that "staff made the determination to cut his cloths off." See exhibit O, page 1, lines 7-9.

1                 **VI. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

2

3     29.    Plaintiff Lawrence E. Jones used the prisoner grievance procedure
4 available at California State Prison, Lancaster to try and solve the problem.
5 On 02-04-2018 plaintiff Lawrence E. Jones presented the facts relating to
6 this complaint. On 06-05-2018 plaintiff Lawrence E. Jones wsa sent a response
7 saying that the grievance had been partially granted. On 06-14-2018 plaintiff
8 appealed to the third level. On 01-24-2019 the complaint was denied.

9     30.    Plaintiff has exhausted his administrative remedies on all levels.
10 See exhibit P.

11

12                    **VII. CLAIM FOR RELIEF**
            (42 U.S.C.$ 1983, 8th Amendment to U.S. Constitution)
13    (Plaintiff Lawrence E. Jones v. E. Gollette, S. Khodabakhshyan, R.Rosas,
14                  A. Ayon, and M. Moran)

15

16     31.    The allegations contained in paragraphs 1 through 30, inclusive,
17 are hereby incorporated by reference.

18     32.    The actions of defendants E. Gollette, S. Khodabakhshyan, R. Rosas,
19 A. Ayon, and M. Moran in using physical excessive force against the plaintiff
20 without need or provocation by attacking and wrestling him to the ground and
21 causing injuries to his arms, leg, back, and head, were done maliciously and
22 sadistically and  constitute cruel and unusual punishment in violation of the
23 Eight Amendment of the United States Constitution.

24     32.    The actions of defendants of E. Gollette, S. Khodabakhshyan, R. Rosas
25 A. Ayon, and M. Moran in using physical excessive against plaintiff without
26 need or provocation constituted the tort of sexual assualt and battery under
27 the law of California.

28     33.    The actions of defendants of E. gollette, S. Khodabakhshyan, R. Rosas

1 | A. Ayon, and M. Moran in using physical excessive force against plaintiff
2 | by tearing and pulling cloths off while handcuffed and subdued without need
3 | or provocation consituted cruel and unusal punishment in violation of
4 | the Eighth Admendment of the United States Constitution.

5 |     34.   The actions of defendants S. Khodabakhshyan, while plaintiff was
6 | being held down by defendants R. Rosas, A. Ayon, M. Moran, and controlled
7 | by E. Gollette in using phsical excessive force against plaintiff by inserting
8 | his finger inside of plaintiffs rectum violated plaintiff's Eighth Amendment
9 | right to be free from cruel and unusual punishment.

10 |     35.   The action of defendants S. Khodabakhshyan, with the help of
11 | defendants R. Rosas, E. Gollette, A. Ayon, and M. Moran, in using physical
12 | excessive force against plaintiff without need or provocation inserting his
13 | finger inside of plaintiffs rectum constituted the tort of sexual assualt and
14 | battery under the state law of California.

15 |     36   The actions of defendant R. Rosas, with the help of defendants E.
16 | Gollette, A.Ayon, and M. Moran in using physical force against plaintiff
17 | without need or provocation, used excessive force against plaintiff by forcing
18 | plaintiffs legs apart so that defendant S. Khodabakhshyan could insert his finger
19 | inside plaintiffs rectum violated plaintiff's Eighth Admendment  Constitutional
20 | right to be free from cruel and unusual punishment.

21 |     37. The actions of defendant R. Rosas, with the help of defendants E. Gollette,
22 | A. Ayon, and M. Moran, whill being controlled by defendant E. Gollette, in
23 | using physical force against plaintiff without need or provocation, forcefully
24 | pulling plaintiffs legs apart so that defendant S. Khodabakhshyan could insert
25 | his finger inside of plaintiffs rectum constituted the tort of sexual assualt
26 | and battery under the state law of Calfornia.

27 |     38.   The actios of defendant A. Ayon in using physical force against
28 | plaintiff without need or provocation stomping plaintiff on the head while he

1 | was being held down by defendants R. Rosas, S. Khodabakhshyan, and M. Moran
2 | and controlled by defendant E. Gollette by the handcuffs, and subdued
3 | violated plaintiff's Eighth Amendment right to be free from cruel and unusual
4 | punishment,

5 | 39.   The actions of defendant A. Ayon in using physical excessive force
6 | against planiff by stomping on his head while handcuffed and subdued
7 | constituted the tort of assualt and battery under the state law of California.

8 | 40.   The actions of defendants S. Khodabakhshyan, R. Rosas, A. Ayon, and
9 | M. Moran, in using physical force against plaintiff without need or provocation
10 | rolling plaintiff over on to his back so that defendant E. Gollette could
11 | use his foot to move plaintiffs gentitals around violated plaintiff's
12 | Eighth Amendment right to be free from excessive force and cruel and unusual
13 | punishment. U.S. & California Constitutions.

14 | 41.   The actions of defendant E. Gollette, with the help of defendants
15 | R. Rosas, S. Khodabakhshyan, A. Ayon, and M. Moran, in using physical force
16 | without need or provocation by using his foot to move plaintiffs genitals
17 | constituted the tort of sexual assualt and battery under the law of the state
18 | of California.

19 | 42.   Defendants E. Gollette, S. Khodabakhshyan, R. Rosas, A. Ayon, and
20 | M. Moran violated plaintiff's right to be free from cruel and punishment
21 | guaranteed to the plaintiff by the Eighth Amendment of the United States
22 | Constitution by their actions of excessive force and sexual assualt.

23 | 43.   Defendant's wrongful actions alleged herein are in violation of 42
24 | U.S.C $ 1983 because they have deprived plaintiff of rights, benfits, and
25 | privileges secured by the United States Constitution.

26 | 44.   Defendants E. Gollette, S. Khodabakhshyan, R. Rosas, A. Ayon, and
27 | M. Moran, acted under the color of state law.

28 | 45.   Defendants E. Gollette, S. Khodabakhshyan, R. Rosas, A. Ayon, and

8.

1 | M. Moran knew or should have known that their conduct, attitudes and actions
2 | created an unreasonable risk of serious harm to plaintiff.

3 |       46.   The actions of defendants E. Gollette, S. Khodabakhshyan, R. Rosas
4 | A. Ayon, and M. Moran, and their conduct of excessive force and sexual assualt
5 | violated plaintiff Eighth Amendment right to be free from cruel and unusual
6 | punishment.

7 |       47.   As a proximate result of the defendant's violation of plaintiff's
8 | right to be free from cruel and unusual punishment while he was at California
9 | State Prison, Lancaster, plaintiff has suffered, is suffering, and continues
10 | to suffer irreparable harm.

11 |       48.   as a direct and foreseeable result of the defendant violations
12 | of the Eighth Amendment, plaintiff has suffered, is suffering and will
13 | continue to suffer physical injuries to his back, and head (sight).

14 |       49   As a direct foreseeable result of defendants violations of the
15 | Eighth Amendment, plaintiff has suffered, is suffering and will continue to
16 | suffer injuries in the form of pain and suffering, shame, humiliation, degrada-
17 | tion, emotional distress, embarrassment, and other injuries.

18 |       50.   An actual controversy exists between plaintiff and defendants
19 | concerning their rights, privilages, and obligations.

20 |       51.   Defendants acts were willful, intentional, malicious, wanton, and
21 | despicalble in conscious disregard of plaintiff's rights, entitling plaintiff
22 | to an award of exemplary damages.

23 |
24 |                          VII. PRAYER FOR RELIEF
25 |
26 |       52.   WHEREFORE, plaintiff request that this honorable Court grant
27 | the following relief;
28 |             A.   Issue a declaratory judgment stating that;

                                   9.

1.    Defemdants E. Gollette, S. Khodabakhshyan, R. Rosas, A. Ayon,
      and M. Moran violated plaintiff's rights under the Eighth
      Amendment to the United States Constitution to be free from
      cruel and unsual punishment and whos actions constituted an
      assualt and battery under the state law of California.

2.    Award plaintiff monetary damages, compensatory and punitive,
      in an amount to be determined at trial;

3.    Award plaintiff costs of suit.

4.    Award plaintiff such other and further relief as the Court
      deems just and proper.

DATE: 7-25-19

_A. Jones_
PLAINTIFF SIGNITURE

10.

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: ____|____ pages.

JURISDICTION:  (Check only one)

- [ ] Municipal Court
- [ ] Superior Court ____
- [ ] Applellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] - Grand Jury

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C – STAFF REPORT**
CDCR 837-C (REV. 10/15)

| | | | |
|---|---|---|---|
| | Page **1** of **1** | | INCIDENT LOG NUMBER LAC-B03-18-01-0034 |

| NAME: LAST SARMIENTO | FIRST ~~████~~ | MI R | DATE OF INCIDENT 01/12/2018 | TIME OF INCIDENT 0700 HOURS |
|---|---|---|---|---|

| POST # 220422 | POSITION B PROGRAM SGT | YEARS OF SERVICE 7YRS. 3 MO. | DATE OF REPORT 01/12/2018 | LOCATION OF INCIDENT FACILITY B HOUSING UNIT 3, CELL 228 |
|---|---|---|---|---|

| RDO'S W/TH | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT POSSESSION OF DEADLY WEAPON | CCR SECTION / RULE 3006 (a) | ☐ N/A |
|---|---|---|---|---|

**YOUR ROLE**
- ☐ Primary
- ☒ Responder
- ☐ Witness
- ☐ Camera
- ☐ Victim
- ☐ Other:

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)**

**INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES)**
(S) JONES, C64886     FBB3-228L

☒ N/A

**FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE**

| ☐ Physical | Lethal Weapons | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☒ N/A | ☒ N/A | ☐ Yes ☒ No | ☐ Yes ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other | ☐ YES ☒ NO |

**NARRATIVE**

1  On January 12, 2018, I was advised by staff that Inmate Jones (C64886, FBB3-228L) may have a cellular
2  phone in his cell. At approximately 0700 hours, I instructed staff to conducted a search inside Housing Unit #3,
3  Cell 228 solely occupied by Inmate Jones.  During the search staff discovered an Inmate Manufactured
4  Weapon secreted inside of the air vent.  The weapon was constructed of a metal rod measuring approximately
5  4 inches in length, sharpened to a point on one end and tape on the other end to form a handle.  Staff
6  continued to search the cell in which they discovered an LG smart phone.  Jones was escorted to Facility B
7  Gym where staff attempted to place Jones in a holding cell.  Jones began to resist staff and a Code 1 response
8  was requested.  Staff gained compliance and effect custody of Jones and placed him into a holding cell.
9  Medical Staff conducted a medical evaluation at which point Jones was complaining of chest pains and was
10 transported to Treatment Triage Area (TTA) for further medical evaluation.  Staff submitted evidence in A/B
11 Sub-Evidence Locker #11.  Subsequently, Jones was medically cleared and rehoused in Administrative
12 Segregation (ASU-111).

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF R. SARMIENTO | TITLE CORRECTIONAL SERGEANT | BADGE # / ID# 81285 / ~~███~~ | DATE 01/12/2018 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) A.H MARTINEZ, LIEUTENANT | DATE RECEIVED 01/12/2018 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 01/12/2018 |
|---|---|---|---|---|

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

exhibit   A

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __2__ pages.

JURISDICTION:   (Check only one)

| | Municipal Court |
| --- | --- |
| | Superior Court ___ |
| | Appellate Court |
| | State Supreme Court |
| | United States District Court |
| | State Circuit Court |
| | United States Supreme Court |
| — | Grand Jury |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C – STAFF REPORT**
CDCR 837-C (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND RE

Page **1** of **2**

"ICIDENT LOG NUMBER
LAC-B03-18-01-0034

| NAME: LAST KHODABAKHSHYAN | FIRST | | MI M | DATE OF INCIDENT 01-12-18 | TIME OF INCIDENT 0700 HOURS |
|---|---|---|---|---|---|

| POST # 221670 | POSITION B SEC PAT#1 | YEARS OF SERVICE 4YRS. 0MO. | DATE OF REPORT 01-12-18 | LOCATION OF INCIDENT Facility B Building 3 Cell 228 |
|---|---|---|---|---|

| RDO'S TU/W | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT POSSESSSION OF A DEADLY WEAPON | CCR SECTION / RULE 3006 (a) | ☐ N/A |
|---|---|---|---|---|

**YOUR ROLE** / WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) / INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES)

| YOUR ROLE | WITNESSES | INMATES | |
|---|---|---|---|
| ☐ Primary | (S) E. GOLLETTE | (S) JONES C64886 | B3-228L |
| ☒ Responder | (S) SGT R. SARMIENTO | | |
| ☐ Witness | (S) M. MORAN | | |
| ☐ Camera | | | |
| ☐ Victim | | | |
| ☐ Other: | | | |

☐ N/A  **FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE**

| ☒ Physical:HANDS ☐ Hand-Held Baton ☐ X-10 BRD w/o OC ☐ X-10 BRD w/ OC | Lethal Weapons ☐ Mini-14 ☐ .38 Cal ☐ .40 Cal ☐ 9 mm ☐ Shotgun | Warning: | Effect: | Less Lethal Weapons: ☐ 37 mm ☐ 40 mm ☐ L8 ☐ 40 mm Multi ☐ HFWRS | # Effect: | Chemical Agent: ☐ OC ☐ CN ☐ CS | Projector: | # Deployed |
|---|---|---|---|---|---|---|---|---|

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☐ N/A ☒ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU ☐ Yes ☒ No | EVIDENCE DESCRIPTION ☒ N/A | EVIDENCE DISPOSITION ☒ N/A | BIO HAZARD ☐ Yes ☒ No | PPE ☐ Yes ☒ No |
|---|---|---|---|---|

| REPORTING STAFF INJURED ☐ YES ☒ NO | DESCRIPTION OF INJURY ☒ N/A | LOCATION TREATED (HOSPITAL/CLINIC) ☒ N/A | FLUID EXPOSURE ☐ BODILY ☐ UNKNOWN ☐ Other ☒ N/A | SCIF 3301 /3067 COMPLETED ☐ YES ☒ NO |
|---|---|---|---|---|

**NARRATIVE**

1. On Friday, January 12, 2018, at approximately 0700 hours, I was instructed by Sergeant R. Sarmiento to
2. escort Inmate Jones (C64886/B3-228L) to "B" Gymnasium holding cell for a medical evaluation. Once I arrived
3. to Building 3, Inmate Jones was located in the upper "C" shower. Officer E. Gollette and I escorted Inmate
4. Jones from Building 3 to Facility "B" Gymnasium. Prior to placing Inmate Jones inside the holding cell, I heard
5. Officer Gollette advise Jones that he will need to remove his clothing for an unclothed body search. Inmate
6. Jones suddenly yelled "I'm not going in the cage, I'm not stripping out" and spun aggressively towards Officer
7. Gollette. I lost control of Inmate Jones's right arm momentarily. I immediately gave Jones a direct order to stop
8. resisting, with negative results for Jones to stop resisting. To overcome resistance and subdue the attacker; I
9. immediately grabbed Jones's right bicep with both of my hands. Jones continued to aggressively twist his torso
10. and arms. With the assistance of responding staff, Jones was pulled to the ground. Once on the ground, I was

✓ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID# 83742 | DATE 01-12-18 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) SGT. R. SARMIENTO | DATE RECEIVED 01-12-18 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 01-12-18 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

exhibit B   1 of 2

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART c1 - SUPPLEMENT**
CDCR 837-C1 (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE **2** OF **2** | INCIDENT LOG NUMBER<br>LAC-B03-18-01-0034 |

| NAME:   LAST<br>KHODABAKHSHYAN | FIRST | MI<br>M |

**TYPE OF INFORMATION:**

☑ CONTINUATION OF REPORT       ☐ CLARIFICATION OF REPORT       ☐ ADDITIONAL INFORMATION

**NARRATIVE:**

1   able to switch my position to maintain better control of Jones, as I applied pressure to Jones left shoulder as
2   Jones continued to resist my control by jerking his torso and kicking his feet. I continued to give Jones
3   numerous orders to stop resisting with negative results for compliance. I observed Officer M. Moran utilize the
4   cut-down tool to cut Jones' state clothing off. Once the clothing was cut off of Jones and the leg restraints were
5   applied to Jones, I searched Holding Cell # 1 with negative results for contraband. Responding staff and I
6   assisted Jones to a standing position. Once Inmate Jones was secured inside Holding cell #1, I initiated the
7   Holding cell log.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE<br>CORRECTIONAL OFFICER | BADGE # / ID#<br>83742 | DATE<br>01-12-18 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)<br>SGT R. SARMIENTO | DATE RECEIVED<br>01-12-18 | CLARIFICATION NEEDED<br>☐ YES  ☑ NO | APPROVED<br>☑ YES  ☐ NO | DATE<br>01-12-18 |

DISTRIBUTION: Original: Incident Package Copy: Reporting Employee Copy: Reviewing Supervisor

exhibit  B        2 of 2

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __2__ pages.

JURISDICTION:  (Check only one)

☐ Municipal Court

☐ Superior Court ____

☐ Appellate Court

☐ State Supreme Court

☐ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

STATE OF CALIFORNIA

# CRIME / INCIDENT REPORT
# PART C – STAFF REPORT
CDCR 837-C (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| Page | **1** of **2** | INCIDENT LOG NUMBER |
|------|------|------|
| | | LAC-B03-18-01-0034 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|------|------|------|------|------|
| GOLLETTE | | S | 01-12-2018 | 0700 HOURS |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|------|------|------|------|------|
| 221678 | YARD # 1 | 2 YRS.  11 MO. | 01-12-2018 | FACILITY B, HOUSING UNIT # 3, CELL 228 |

| RDO'S M/T | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT POSSESSION OF A DEADLY WEAPON | CCR SECTION / RULE ☐ N/A 3006 (a) |
|------|------|------|------|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) | |
|------|------|------|------|
| ☒ Primary | (S) SGT. R. SARMIENTO | (S) JONES (C-64886) | FBB3-228L |
| ☐ Responder | (S) C/O R. ROSAS | | |
| ☐ Witness | (S) C/O S. KHODABAKHSHYAN | | |
| ☐ Camera | (S) C/O A. AYON | | |
| ☐ Victim | (S) C/O M. MORAN | | |
| ☐ Other: | | | |

| ☐ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| ☒ Physical: ☐ Hand-Held Baton | Lethal Weapons | Warning: | Effect | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
| ☐ X-10 BRD w/o OC | ☐ Mini-14 ☐ .38 Cal ☐ .40 Cal | | | ☐ 37 mm ☐ 40 mm ☐ L8 | | ☐ OC ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm ☐ Shotgun | | | ☐ 40 mm Multi ☐ HFWRS | | ☐ CS | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☐ N/A ☒ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|------|------|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|------|------|------|------|------|
| ☒ Yes ☐ No | ONE (1) INMATE MANUFACTURED WEAPON ONE (1) LG ANDROID CELL PHONE ☐ N/A | SUBMITTED IN A/B SUB-EVIDENCE LOCKER # 11 ☐ N/A | ☐ Yes ☒ No | ☐ Yes ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
|------|------|------|------|------|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other | ☐ YES ☒ NO |

NARRATIVE

On Friday, January 12, 2018 at approximately 0700 hours, Officer R. Rosas and I were instructed by Sergeant R. Sarmiento to conduct a cell search of cell 228 in Housing Unit # 3, solely assigned to and occupied by Inmate Jones (C-64886). Officer Rosas and I approached the cell door and advised Jones of the cell search. I instructed the Control Booth Officer to open the cell door. I instructed Jones to turn around and place his hands behind his back to apply hand cuffs; Jones complied. Officer Rosas and I escorted Jones to Upper C Section Shower and secured Jones in the shower. As Officer Rosas and I entered the cell, Officer Rosas advised me of one (1) LG Android cell phone hidden underneath the toilet. As I was being notified by Officer Rosas of his finding, I noticed a string hanging from the air vent above the toilet. The string was attached to a piece of paper and tape on the outside of the air vent cover. As I pulled the string, I discovered the piece of paper and tape to be the handle of one (1) Inmate Manufactured Weapon. The Inmate Manufactured Weapon was one (1) metal rod measuring approximately 4 inches in length and 4 centimeters in diameter with a piece of paper and tape attached to one end of the rod for a handle. The string was attached to the handle, as the

| ☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1. | | | | |
|------|------|------|------|------|
| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID# 86309 / | | DATE 01-12-2018 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) R. SARMIENTO, SERGEANT | DATE RECEIVED 01-12-2018 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 01-12-2018 |

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

exhibit C          1 of 2

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# CRIME / INCIDENT REPORT
## PART C1 - SUPPLEMENT
CDCR 837-C1 (REV. 10/15)

| | | | | | INCIDENT LOG NUMBER |
|---|---|---|---|---|---|
| | PAGE | **2** | OF | **2** | LAC-B03-18-01-0034 |

| NAME:   LAST | FIRST | | MI |
|---|---|---|---|
| GOLLETTE | | | S |

TYPE OF INFORMATION:

☑ CONTINUATION OF REPORT     ☐ CLARIFICATION OF REPORT     ☐ ADDITIONAL INFORMATION

1  metal rod was hidden through a hole of the air vent cover. I advised Officer Rosas of my discovery and continued my
2  search for additional contraband with none found. I secured the Inmate Manufactured Weapon in my right chest pocket.
3  Officer Rosas and I exited cell 228 with no additional contraband found. I contacted Sergeant Sarmiento to notify him of
4  my discovery. Sergeant Sarmiento instructed Officer S. Khodabakhshyan and I to escort Jones to Facility B Gymnasium
5  holding cell. Officer Khodabakhshyan and I escorted Jones in hand cuffs from Upper C Section Shower to Facility B
6  Gymnasium Holding Cell # 1. As Officer Khodabakhshyan and I entered the Gymnasium with Jones; I advised Jones that
7  upon securing him in the holding cell, he will need to remove all of his clothing for an unclothed body search. In an
8  aggressive manner, Jones replied, "I'm not going in the cage and I'm not stripping out!" Jones immediately twisted his
9  body towards me by aggressively twisting towards his left side, simultaneously, attempting to break away from my control.
10 I gave Jones a direct order to stop resisting, with negative results for compliance. To overcome resistance and subdue the
11 attacker; I grabbed Jones left bicep with my right hand while applying downward pressure with my left hand on Jones'
12 upper backside. Jones leaned forward and backward while simultaneously twisting his upper torso aggressively. During
13 the course of attempting to gain control of Jones, I gave Jones numerous orders to stop resisting, with negative results for
14 compliance. With the assistance of responding staff; Jones was pulled down to the ground to gain control of Jones. Once
15 on the ground, Jones continued to willfully resist my control by twisting his torso and kicking his feet as additional orders
16 were given to Jones stop resisting. Due to Jone's aggressive demeanor, actions and statement of not wanting to be
17 placed in the holding cell for an unclothed body search; I instructed Officer A. Ayon to retrieve the leg restraints and the
18 cut-down tool. I continued to control Jones by applying downward pressure with both my hands on Jones left backside,
19 as Jones continued his resistance on the ground by aggressively twisting his torso, kicking his legs and yelling profanities.
20 Once the cut-down tool arrived, I observed Officer M. Moran utilize the cut-down tool to cut Jones' state clothing off. Once
21 the clothing was cut off of Jones and the leg restraints were applied to Jones, Responding staff and I assisted Jones to a
22 standing position. I secured Jones in the Facility B Holding Cell # 1. Once Jones was secured in the holding cell, I search
23 Jones' clothing for contraband, with negative results for contraband. Facility B Medical staff was contacted to conduct a
24 medical evaluation on Jones. Officer Rosas and I submitted the contraband into A/B Sub-Evidence Room, Locker # 11
25 with no further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID# | DATE |
|---|---|---|---|
| | CORRECTIONAL OFFICER | 86309 / | 01-12-2018 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| R. SARMIENTO, SERGEANT | 01-12-2018 | ☐ YES ☑ NO | ☑ YES ☐ NO | 01-12-2018 |

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee  Copy: Reviewing Supervisor

exhibit  C        2 of 2

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __2__ pages.

JURISDICTION:  (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

*Exhibit D pry 1, class 6-11*
*pud pr 2 on*

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C – STAFF REPORT
CDCR 837-C (REV. 10/15)

Page **1** of **2**

| INCIDENT LOG NUMBER |
| --- |
| LAC-B03-18-01-0034 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
| --- | --- | --- | --- | --- |
| Rosas | | NMI | 01-12-18 | 0700 Hours |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
| --- | --- | --- | --- | --- |
| 221670 | B Security Patrol 2 | 10 YRS.  00 MO. | 01-12-18 | Facility B Housing Unit 3 Cell 228 |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE ☐ N/A |
| --- | --- | --- | --- |
| S/M | 0600-1400 | Possession of a Deadly Weapon | 3006 (a) |

**YOUR ROLE**

| | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
| --- | --- | --- |
| ☐ Primary | (S) Gollette, E | (S) Jones C-64886 |
| ☒ Responder | (S) Sarmiento, R | FBB3-228L |
| ☐ Witness | (S) Khodabakshyan, S | |
| ☐ Camera | (S) Ayon, A | |
| ☐ Victim | (S) Moran, M | |
| ☐ Other: | | |
| ☐ N/A | | |

**FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE**

| ☒ Physical: | Lethal Weapons | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

**FORCE OBSERVED BY YOU** ☐ N/A ☒ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
| --- | --- | --- | --- | --- |
| ☐ Yes ☒ No | One (1) Inmate Manufactured Weapon One (1)LG Cell Phone ☐ N/A | Submitted in A/B Sub-Evidence Locker #11 ☐ N/A | ☐ Yes ☒ No | ☐ Yes ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
| --- | --- | --- | --- | --- |
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other | ☐ YES ☒ NO |

## NARRATIVE

On Friday, January 12, 2018, at about 0645 hours Officer E. Gollette and I were instructed by Sergeant R. Sarmiento to respond to Facility "B" Housing Unit 3 cell 228L and conduct a cell search. We approached cell 228 which was occupied solely by Inmate Jones C-64886 (FBB3-228L). Jones was standing in front of the cell door. Gollette informed Jones we were going to conduct a cell search. Gollette ordered the Control Booth to open the cell door. Gollette and I escorted Jones to the upper C section shower. Prior to placing Jones in the shower I searched the shower for contraband and none was found.  Gollette and I searched cell 228 and I discovered one Black LG brand Cellular Phone underneath the toilet. The cell phone was inside an inmate manufactured cover attached to the toilet. I maintained possession of the cellular phone and notified Gollette of my findings. Gollette informed

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID# | DATE |
| --- | --- | --- | --- |
| | Correctional Officer | 74568 | 01-12-18 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
| --- | --- | --- | --- | --- |
| R. Sarmiento Correctional Sergeant | 01-12-18 | ☐ YES ☒ NO | ☒ YES ☐ NO | 01-12-18 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

*w exhibit D      1 of 2*

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR-837-C1 (REV. 10/15)

| PAGE | 2 | OF | 2 | INCIDENT LOG NUMBER |
|---|---|---|---|---|
| | | | | LAC-B03-18-01-0034 |

| NAME: LAST | FIRST | MI |
|---|---|---|
| Rosas | | NMI |

**TYPE OF INFORMATION:**

☑ CONTINUATION OF REPORT    ☐ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

1  me he discovered an inmate manufactured weapon from the cell vent. Gollette and I completed our
2  search of cell 228 and notified Sergeant Sarmiento of our findings. Sarmiento instructed Gollette to
3  escort Jones to the B Gymnasium and place him inside a Holding Cell. Gollette and S.
4  Khodabakhshyan escorted Jones to the B Gymnasium. While walking on the roadway in front of B
5  Gym, I observed the south doors of the Gym opened. I observed Gollette through the doors on his
6  knees with both his hands on top of Jones upper back attempting to control Jones. Jones was on his
7  stomach twisting his upper torso and kicking his legs on the ground. I immediately used my
8  institutional radio to notify Central Control and request a Code-1 response to the B Gym. I responded
9  inside the Gym, specifically in front of holding cell #1 and heard Gollette order Jones to stop resisting.
10 Jones continued to actively resist by continuing to twist his upper torso and kick his legs.  I placed my
11 left hand on Jones' left ankle and my right hand on Jones' right ankle and I held his feet to ground
12 using my body weight. Officer A. Ayon responded and placed leg restraints on Jones' ankles. Officer
13 M. Moran cut Jones' pant off using the cut down tool. I maintained control of Jones' ankles until his
14 pants were cut off and Gollette assisted him to a standing position. Gollette and I responded to A/B
15 sub-evidence and submitted one LG brand Cellular Phone and one Inmate manufactured weapon
16 and placed them inside Locker #11.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID# | DATE |
|---|---|---|---|
| | Correctional Officer | 74568/2 | 01-12-18 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| R. Sarmiento Correctional Sergeant | 01-12-18 | ☐ YES ☑ NO | ☑ YES ☐ NO | 01-12-18 |

DISTRIBUTION: Original: Incident Package Copy: Reporting Employee Copy: Reviewing Supervisor

exhibit D                    2 of 2

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: ____2____ pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Applellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C – STAFF REPORT
CDCR 837-C (REV. 10/15)

*Exhibit E page 1, lines 3-10*

| | | Page 1 of 2 | INCIDENT LOG NUMBER |
|---|---|---|---|
| | | | LAC-B03-18-01-0034 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Moran | | A | 01/12/2018 | 0700 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 211661 | B4 FLOOR #1 | 13 years 2 mos | 01/12/2018 | Facility B Housing Unit 3- Cell 228L |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE ☐ N/A |
|---|---|---|---|
| Sat/Sun | 0600-1400 | POSSESSION OF A DEADLY WEAPON | 3006 (a) |

**YOUR ROLE** | **WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)** | **INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES)**

| YOUR ROLE | WITNESSES | INMATES | |
|---|---|---|---|
| ☐ Primary | (S) E. GOLLETTE | | |
| ☒ Responder | (S) S.KHODABAKHSHYAN | (S) JONES, C-64886 | FBB3-228L |
| ☐ Witness | (S) R. ROSAS | | |
| ☐ Camera | (S) A. AYON | | |
| ☐ Victim | | | |
| ☐ Other: | | | |

☐ N/A    **FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE**

| ☒ Physical: | Lethal Weapons | Warning: | Effe | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | | | |
| ☒ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☐ N/A ☒ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☒ N/A | ☒ N/A | ☐ Yes ☒ No | ☐ Yes ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other | ☐ YES ☒ NO |

**NARRATIVE**

1  On Friday, January 12, 2018, at approximately 0700 hours, while performing my duties as Facility B Building 4
2  Floor #1 I heard a request for a code 1 response announced via institutional radio for Facility B Gymnasium.
3  Upon arrival, I observed Inmate Jones CDCR# C-64886 (FBB3-228L) resisting staff during an escort. Inmate
4  Jones was resisting by twisting his upper torso side to side and attempting to break away from the escort as he
5  was being placed in a holding module. Inmate Jones was very agitated and yelling profanities as Officer's E.
6  Gollette and S. Khodabakhshyan were explaining to him that he needed to submit to an unclothed body
7  search. As I began to assist Officer's E. Gollette and S. Khodabakhshyan in subduing Inmate Jones, Inmate
8  Jones raised his right foot to his knee level and with force attempted to kick me on my upper right thigh area.
9  Inmate Jones did not make contact with my upper right thigh area.  In order to stop his active physical
10 resistance, subdue an attacker and effect custody; I grabbed him from his upper right shoulder area with both
11 of my hands and simultaneously with the assistance of Officer Khodabakhshyan and Gollette held Jones from

✓ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID# | DATE |
|---|---|---|---|
| | Correctional Officer | 6885 | 01/12/2018 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| R. Sarmiento Sergeant | 01/12/2018 | ☐ YES ☒ NO | ☒ YES ☐ NO | 01/12/2018 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

exhibit  E                    1 of 2

**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 837-C1 (REV. 10/15)

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
LAC-B03-18-01-0034

NAME: LAST
Moran

FIRST

MI
A

TYPE OF INFORMATION:
☑ CONTINUATION OF REPORT   ☐ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

1  his left upper shoulder and back area utilizing both of his hands. We both pulled Inmate Jones to the ground.
2  Inmate Jones continued his resistive behavior by kicking his legs in a forward and backward motion. Numerous
3  verbal orders were given to Jones to stop resisting. Inmate Jones failed to comply with the verbal orders. I
4  observed Officer R. Rosas utilized both of his hands, right hand on right ankle and left hand on left ankle over
5  Jones' ankles and pressed them against the ground to prevent Inmate Jones from violently kicking any
6  responding staff. Officer A. Ayon applied leg restraints on Jones. Inmate Jones complied. Officer Ayon
7  retrieved the cut down from Facility B Building 1 and handed it to me. I utilized the cut down tool and
8  proceeded to cut the state blue pants and the white t-shirt off of him in order to conduct an unclothed body
9  search for weapons or contraband. Responding staff and I assisted Jones to his feet.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

SIGNATURE OF REPORTING STAFF   TITLE: Correctional Officer   BADGE # / ID# 68859 /2   DATE 01/12/2018

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)   DATE RECEIVED   CLARIFICATION NEEDED   APPROVED   DATE
R. Sarmiento Sergeant   01/12/2018   ☐ YES ☑ NO   ☑ YES ☐ NO   01/12/2018

DISTRIBUTION: Original: Incident Package Copy: Reporting Employee Copy: Reviewing Supervisor

exhibit E   2 of 2

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: ___2___ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court

☐ Superior Court ___

☐ Appletlate Court

☐ State Supreme Court

☐ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C – STAFF REPORT**
CDCR 837-C (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| Page | 1 | of | 2 | INCIDENT LOG NUMBER |
|---|---|---|---|---|
| | | | | LAC-B03-18-01-0034 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| AYON | | E | 01/12/2018 | 0700 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 221679 | B YARD #2 | 9 YRS. 3 MO. | 01/12/2018 | FACILITY B HOUSING UNIT 3, CELL 228 |

| RDO'S W/TH | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE ☐ N/A |
|---|---|---|---|
| | 0600-1400 | POSSESION OF A DEADLY WEAPON | 3006(a) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| ☐ Primary | (S) E. GOLLETTE | (S) JONES C-64886   FBB3-228L |
| ☒ Responder | (S) R. ROSAS | |
| ☐ Witness | (S) M. MORAN | |
| ☐ Camera | (S) S. KHODABAKHSHYAN | |
| ☐ Victim | | |
| ☐ Other: | | |

☒ N/A   FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical | Lethal Weapons | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | # Deployed |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini-14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

FORCE OBSERVED BY YOU: ☐ N/A ☒ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes ☒ No | VIDEO CAMERA OF VIDEO TAPED INTERVIEW OF JONES  ☐ N/A | A/B SUB-EVIDENCE LOCKER #23  ☐ N/A | ☐ Yes ☒ No | ☐ Yes ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301 /3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ Other | ☐ YES ☒ NO |

**NARRATIVE**

1  On Friday, January 12, 2018, at approximately 0700 hours while Monitoring the morning meal outside the
2  North dining hall, I heard via the institutional radio a request for a Code One response to Facility B Gymnasium
3  As I entered Facility B Gym, I observed Inmate Jones (C64886, FBB3-228L) on the ground in the prone
4  position in restraints. Inmate Jones was moving his body from right to left in a violent way resisting staff. Officer
5  E. Gollette instructed me to go get the leg restraints and the cut down tool from B1 Control Booth. When I
6  returned to Facility B Gym Inmate Jones continued to swing his body from left to right in a violent way. Officer
7  R. Rosas placed his right hand on Jones Right ankle and left hand on his left ankle holding them down, while I
8  placed the leg restraints on Inmate Jones. Inmate Jones stops his actions of kicking. I handed Officer Moran
9  the cut down tool. Officer Moran cut Inmate Jones State clothing. Officer Moran and Khodabakhshyan assisted
10 Inmate Jones up to his feet. Officer Gollette placed inmate Jones inside holding cell#1 with no further incident.

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID# | DATE |
|---|---|---|---|
| | Correctional Officer | 8005 | 01/12/2018 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| R. Sarmiento Correctional Sergeant | 01/12/2018 | ☐ YES ☒ NO | ☒ YES ☐ NO | 01/12/2018 |

DISTRIBUTION: Original: Incident Package Copy: Reporting Employee Copy: Reviewing Supervisor

exhibit  F          1 of 2

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | | INCIDENT LOG NUMBER |
|---|---|---|---|
| PAGE **2** OF **2** | | | LAC-B03-18-01-0034 |

| NAME: LAST | FIRST | | MI |
|---|---|---|---|
| AYON | | | E |

TYPE OF INFORMATION:

☑ CONTINUATION OF REPORT   ☐ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

At approximately 1230 hours I placed a Video camera of Inmate Jones's interview, in A/B Sub-Evidence locker #23.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | | BADGE # / ID# | | DATE |
|---|---|---|---|---|---|
| | Correctional Officer | | 80051 | | 01/12/2018 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| R. Sarmiento Correctional Sergeant | 01/12/2018 | ☐ YES ☑ NO | ☑ YES ☐ NO | 01/12/2018 |

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

exhibit   F                2 of 2

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court

☐ Superior Court

☐ Applellate Court

☐ State Supreme Court

☐ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

**LAC - California State Prison, Los Angeles County**

Patient:  **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years   / Male          CDCR: C64886

---

| *Assessment Forms* |
|:---:|

Scheduled: (1)
+1-aspirin EC 81 mg Tab-DR  81 mg 1 tab, Oral, Daily-KOP/compliant
Continuous: (0)
PRN: (0)

Masih, Alice RN - 1/12/2018 8:16 PST
(As Of: 1/12/2018 08:43:35 PST)

Allergies (Active)
No Known Medication Allergies *Estimated Onset Date:* Unspecified ; *Created By:*
Contributor_system, ADT_UPLOAD; *Reaction Status:* Active ;
*Category:* Drug ; *Substance:* No Known Medication Allergies ;
*Type:* Allergy ; *Severity:* Unknown ; *Updated By:*
Contributor_system, ADT_UPLOAD; *Reviewed Date:*
12/7/2017 14:12 PST

**Glasgow Coma**
*Eye Opening Response :* Spontaneously
*Best Verbal Response :* Oriented
*Best Motor Response :* Obeys commands
*Glasgow Coma Score :* 15

Masih, Alice RN - 1/12/2018 8:16 PST

**ID Risk Screen**
Chills
*Chills :* No

Masih, Alice RN - 1/12/2018 8:16 PST

**HEENT**
HEENT Eye Grid

| | |
|---|---|
| Left Eye Signs/Symptoms : | None |
| Right Eye Signs/Symptoms : | None |
| | Masih, Alice RN - 1/12/2018 8:16 PST |

HEENT Ear Grid

| | |
|---|---|
| Left Ear Signs/Symptoms : | Redness |
| Right Ear Signs/Symptoms : | Redness |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  15654920                          Print Date/Time:  3/5/2019 13:02 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of this Exhibit:

Number of pages to this Exhibit: _____**1**_____ pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [ ] Superior Court _____
- [ ] Appellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

**LAC - California State Prison, Los Angeles County**

Patient:          **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years     / Male          CDCR: C64886

---

### Assessment Forms

*Temperature Oral :*  38.1 DegC(Converted to: 100.6 DegF)  (HI)
*Peripheral Pulse Rate :*  108 bpm (HI)
*Respiratory Rate :*  20 br/min
*SpO2 :*  96 %
*Systolic/Diastolic BP :*  132 mmHg
*Systolic/Diastolic BP :*  90 mmHg
*Mean Arterial Pressure, Cuff :*  104 mmHg
*SpO2 Location :*  Right hand
*O2 Therapy :*  Room air
*Pain Present :*  Yes actual or suspected pain
*Weight Dosing :*  80.3 kg(Converted to: 177 lb 0 oz, 177.031 lb)
*Height/Length Dosing :*  180 cm(Converted to: 5 ft 11 in, 5.91 ft, 70.87 in)
*Weight Measured :*  80.3 kg(Converted to: 177 lb 0 oz, 177.031 lb)
*Height/Length Measured :*  180 cm(Converted to: 5 ft 11 in, 5.91 ft, 70.87 in)
*Body Mass Index Measured :*  24.78 kg/m2

Masih, Alice RN - 1/12/2018 8:16 PST

**Pain Assessment**
*General Pain Location :*  Head
*Laterality :*  Middle
*Quality :*  Aching
*Radiation Location :*  Head
*Time Pattern :*  Intermittent
*Preferred Pain Tool :*  Numeric rating scale
*Numeric Pain Scale :*  5 = Moderate pain
*Numeric Rating at Rest :*  7
*Numeric Rating With Activity :*  7

Masih, Alice RN - 1/12/2018 8:16 PST

**Additional Pain**
Pain Assessment Grid

|            | Secondary Pain | General Pain |
|------------|----------------|--------------|
| Location : | Head | Head |
|            | Masih, Alice RN - 1/12/2018 8:16 PST | Masih, Alice RN - 1/12/2018 8:16 PST |

**General**
*Behavior :*  Appropriate

Masih, Alice RN - 1/12/2018 8:16 PST

**Allergies/Medications**
*Any Recent Changes to Medication :*  Yes
*Compliance with the Medication/Treatment :*  Yes
*Medications Taken Today :*  Yes
*Medication Compliance :*  Medications (1) Active

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  15654920                                   Print Date/Time:  3/5/2019 13:02 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit H                    1

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __2__ pages.

JURISDICTION:   (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court |
| ☐ | Applellate Court |
| ☐ | State Supreme Court |
| ☐ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |

**LAC - California State Prison, Los Angeles County**

Patient:      **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex: 4/17/1964  / 54 years   / Male          CDCR: C64886

| *Assessment Forms* |
| --- |

*Mechanism of Injury :*  C/O HEADACHE ,CHEST PAIN  AND C/O CUSTODY  STUMP HIS HEAD ON THE FLOOR DUE TO C/O HEADACHE THIS AM .
*Walk In :*  No
*Appointment Type :*  Initial
*7362, Unique ID# :*  137.252.9.42.2018010512171222061A04779#1.00
*Current Problem or Condition :*  New
*7362 Date/Time Received :*  1/12/2018 08:00 PST
*7362 Order Details Template :*  7362 Orders
7362 RN Initial Visit (Symptomatic) - Ordered
 -- 01/12/18 11:40:00 PST, 1 business day, 137.252.9.42.2018010512171222061A04779#1.00, 01/13/18 23:59:00 PST, FLU LIKE SYMPTOMS

*Date and Time Triaged :*  1/12/2018 08:00 PST
*Date inmate wrote on 7362 :*  1/12/2018 08:00 PST

Masih, Alice RN - 1/12/2018 9:25 PST

**Vitals/Ht/Wt**
*Height/Length Dosing :*  180 cm(Converted to: 5 ft 11 in, 5.91 ft, 70.87 in)
*Height/Length Measured :*  180 cm(Converted to: 5 ft 11 in, 5.91 ft, 70.87 in)
*Body Mass Index Measured :*  0 kg/m2

Masih, Alice RN - 1/12/2018 9:25 PST

---

**Nursing Face-to-Face / 7362 Entered On:  1/12/2018 8:43 PST
Performed On:  1/12/2018 8:16 PST by Masih, Alice RN**

**Subjective**
*Arrival to Clinic :*  1/12/2018 08:17 PST
*Mode of Arrival :*  Gurney
*Chief Complaint/*
*Mechanism of Injury :*  i/p c/o cough x2 days and headache x2 days , i/p state that custody and stump head x1 while he was in jtank .0700.
*Walk In :*  No
*Appointment Type :*  Initial
*Current Problem or Condition :*  New
*7362 Date/Time Received :*  1/12/2018 08:17 PST
*7362 Order Details Template :*  No qualifying data available.
*Date and Time Triaged :*  1/12/2018 08:17 PST
*Date inmate wrote on 7362 :*  1/12/2018 08:17 PST

Masih, Alice RN - 1/12/2018 8:16 PST

**Vitals/Ht/Wt**

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  15654920                          Print Date/Time:  3/5/2019 13:02 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

Patient:    **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years    / Male        CDCR: C64886

| *Orders* |
| --- |

### Patient Care

Order: **7362 RN Initial Visit (Symptomatic)**
Order Date/Time: 1/12/2018 09:13 PST
Order Start Date/Time: 1/12/2018 11:40 PST
Order Status: Completed        Department Status: Completed        Activity Type: Follow-up
End-state Date/Time: 1/12/2018 13:55 PST        End-state Reason:
Ordering Physician: Blain,Arthur CME        Consulting Physician:
Entered By: Chisholm,Margaret OT on 1/12/2018 09:13 PST
Order Details: 1/12/18 11:40:00 AM PST, 1 business day, 137.252.9.42.2018010512171222061A04779#1.00, 01/13/18 23:59:00 PST, FLU LIKE SYMPTOMS
Order Comment:

Order: **Medical Chronic Care (CCP) Follow Up 40 (33621031)**
Order Date/Time: 10/24/2017 01:34 PDT
Order Start Date/Time: 2/23/2018 08:00 PST
Order Status: Canceled        Department Status: Canceled        Activity Type: Follow-up
End-state Date/Time: 2/22/2018 08:12 PST        End-state Reason:
Ordering Physician: Blain,Arthur CME        Consulting Physician:
Entered By: Contributor_system,ORM_UPLOAD on 10/24/2017 01:34 PDT
Order Details: 2/23/18 8:00:00 AM PST, Other - Special Instructions, 02/11/18 0:00:00 PST, f/u 120-180 days from 8/15/17 /// Prev. MedSATS ID: 16765837
Order Comment:

### Pharmacy

Order: **prazosin**
Order Date/Time: 5/9/2018 14:26 PDT
Order Start Date/Time: 5/10/2018 07:00 PDT
Order Status: Discontinued        Department Status: Discontinued        Activity Type: Pharmacy
End-state Date/Time: 5/9/2018 15:23 PDT        End-state Reason:
Ordering Physician: Struble,Christopher Psychiatrist        Consulting Physician:
Entered By: Struble,Christopher Psychiatrist on 5/9/2018 14:26 PDT
Order Details: 3 mg, Oral, Cap, Once a day at bedtime, Administration Type NA, Automatic Refill, Order Duration: 180 day, First Dose: 5/10/18 7:00:00 AM PDT, Stop Date: 5/9/18 3:23:00 PM PDT
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:   15654920        Print Date/Time:   3/5/2019 13:02 PST

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

exhibit I
2 of 2

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __2__ pages.

JURISDICTION:  (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appleliate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| CSP IAC | B | INJURY / USE OF FORCE / (UNUSUAL OCCURRENCE) | | PRE AD/SEG ADMISSION | 1.12.18 |

| THIS SECTION FOR INMATE ONLY | NAME | LAST Jones | FIRST | CDC NUMBER C.64886 | HOUSING LOC. B.3.228 | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME | LAST NA | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME | LAST NA | FIRST MIDDLE | DOB 4.17.64 | OCCUPATION | |
| | HOME ADDRESS NA | CITY | STATE | ZIP | HOME PHONE | |

| PLACE OF OCCURRENCE B-3 | DATE/TIME OF OCCURRENCE 1.12.18  1137 | NAME OF WITNESS(ES) Custody |
|---|---|---|

| TIME NOTIFIED 1135 | TIME SEEN 1137 | ESCORTED BY Custody | MODE OF ARRIVAL (circle) LITTER / AMBULATORY / ON SITE / WHEELCHAIR | AGE 53 | RACE Blk | SEX M |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

THEY Jumped on ME

| INJURIES FOUND? YES/NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

O.C. SPRAY EXPOSURE? YES / NO
DECONTAMINATED? YES / NO
Self-decontamination instructions given? YES / NO
Refused decontamination? YES / NO
Q 15 min. checks
Staff issued exposure packet? YES / NO

| RN NOTIFIED/TIME NA | PHYSICIAN NOTIFIED/TIME NA |
|---|---|
| TIME/POSITION RTC 1138 | |

REPORT COMPLETED BY/TITLE (PRINT AND SIGN)  D. Smith LVN  D Smith   BADGE #   RDOs

(Medical data is to be included... progress note or emergency care record filed in UHR)

CDCR 7219 (Rev. 11/05)   DISTRIBUTION:   ORIGINAL - Custody   CANARY - ...... Employee   PINK - Health and Safety / RTW Coordinator (only work related injury)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | ON THE JOB INJURY | DATE |
|---|---|---|---|---|
| CSP/LAC | B - | INJURY / USE OF FORCE / UNUSUAL OCCURRENCE | PRE AD/SEG ADMISSION | 1·12·18 |

| THIS SECTION FOR INMATE ONLY | NAME | LAST | Jones | FIRST | | CDC NUMBER | C64886 | HOUSING LOC. | B-378 | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME | LAST | NA | FIRST | | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME | LAST | NA | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|---|---|
| | HOME ADDRESS | NA | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| B-3 | 1·12·18   0715 | Custody |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL *(circle)* | AGE | RACE | SEX |
|---|---|---|---|---|---|---|
| 0715 | 720 | Custody | AMBULATORY / LITTER / WHEELCHAIR / ON SITE | | BLK | |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

THEY Jumped on me, Having Chest Pain

| INJURIES FOUND?  YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

1
Superficial
Scratch
on left
knee

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| N 2551 | NA |

| TIME/DISPOSITION | REPORT COMPLETED BY/TITLE   (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|---|
| Via Wheel Chair  0735 | D. Smith LVN   D. Smith | | MT |
| RTC   TTA | | | |

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDCR 7219 (Rev. 11/05)   DISTRIBUTION:   ORIGINAL - Custody   CANARY - Inmate/Employee   PINK - Health and Safety / RTW Coordinator
(only work related injury)

# EXHIBIT COVER PAGE



**K**

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: ___*3*___ pages.

JURISDICTION:   (Check only one)

☐  Municipal Court

☐  Superior Court

☐  Applellate Court

☐  State Supreme Court

☐  United States District Court

☐  State Circuit Court

☐  United States Supreme Court

☐  Grand Jury

**LAC - California State Prison, Los Angeles County**

Patient:  **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years  / Male          CDCR: C64886

## Pain

### General Pain Assessment

| Recorded Date | 1/24/2018 | 1/12/2018 | 1/12/2018 |
|---|---|---|---|
| Recorded Time | 12:21 PST | 08:16 PST | 08:16 PST |
| Recorded By | Onuoha,Lilian RN | Masih,Alice RN | Masih,Alice RN |
| Procedure | | | |
| General Pain Location | Back | Head | Head |

## Trauma

### Chief Complaint

| Recorded Date | 4/12/2018 | 2/16/2018 | 2/9/2018 | 1/30/2018 |
|---|---|---|---|---|
| Recorded Time | 14:11 PDT | 11:12 PST | 10:33 PST | 13:03 PST |
| Recorded By | Hernandez,Gian P&S | Masih,Alice RN | Onuoha,Lilian RN | Burton,Lakeisha RN |
| Procedure | | | | |
| Chief Complaint | CCP Visit c1 | c/o back ,headache x2wk | See Below T1 | See Below T2 |

Textual Results
T1:   2/9/2018 10:33 PST (Chief Complaint)
      Chronic back pain got reinjuried 1/12/18 and headaches stated 1/12/18 after altercation
T2:   1/30/2018 13:03 PST (Chief Complaint)
      "I saw the dentist and they said the labs showed I had kidney disease. No one told me."

Corrected Results
c1:   Chief Complaint
      Date and time corrected from 3/5/2018 12:37 PST on 4/12/2018 14:11 PDT by Hernandez, Gian P&S
      Corrected from back and neck pain on 4/12/2018 14:11 PDT by Hernandez, Gian P&S

| Recorded Date | 1/24/2018 | 1/12/2018 | 1/12/2018 |
|---|---|---|---|
| Recorded Time | 12:21 PST | 09:25 PST | 08:16 PST |
| Recorded By | Onuoha,Lilian RN | Masih,Alice RN | Masih,Alice RN |
| Procedure | | | |
| Chief Complaint | Left Lower Back pain flare up | See Below T3 | See Below T4 |

Textual Results
T3:   1/12/2018 09:25 PST (Chief Complaint)
      C/O HEADACHE ,CHEST PAIN  AND C/O CUSTODY  STUMP HIS HEAD ON THE FLOOR DUE TO C/O
      HEADACHE THIS AM .
T4:   1/12/2018 08:16 PST (Chief Complaint)
      i/p c/o cough x2 days and headache x2 days , i/p state that custody and stump head x1 while he was in jtank .0700.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  15654920                                    Print Date/Time:  3/5/2019 13:02 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit K 1 of 3

**LAC - California State Prison, Los Angeles County**

Patient:        **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years    / Male            CDCR: C64886

| *Orders* |
|---|

### Patient Care

Order: **7362 RN Initial Visit (Symptomatic)**
Order Date/Time: 2/15/2018 14:48 PST
Order Start Date/Time: 2/16/2018 09:30 PST
Order Status: Completed          Department Status: Completed          Activity Type: Follow-up
End-state Date/Time: 2/16/2018 11:57 PST          End-state Reason:
Ordering Physician: Blain,Arthur CME          Consulting Physician:
Entered By: Onuoha,Lilian RN on 2/15/2018 14:48 PST
Order Details: 2/16/18 9:30:00 AM PST, 1 business day, 137.252.9.109.2018020314163722046E14CDF#1.00, 02/16/18
23:59:00 PST, HEADACHES
Order Comment:

Order: **7362 RN Initial Visit (Symptomatic)**
Order Date/Time: 2/14/2018 08:38 PST
Order Start Date/Time: 2/15/2018 08:00 PST
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Follow-up
End-state Date/Time: 2/15/2018 14:49 PST          End-state Reason:
Ordering Physician: Blain,Arthur CME          Consulting Physician:
Entered By: Bastidas,Remy OT on 2/14/2018 08:38 PST
Order Details: 2/15/18 8:00:00 AM PST, 1 business day, 137.252.9.109.2018020314163722046E14CDF#1.00, 02/15/18
23:59:00 PST, HEADACHES
Order Comment:

Order: **7362 RN Initial Visit (Symptomatic)**
Order Date/Time: 2/8/2018 11:00 PST
Order Start Date/Time: 2/9/2018 10:10 PST
Order Status: Completed          Department Status: Completed          Activity Type: Follow-up
End-state Date/Time: 2/9/2018 10:47 PST          End-state Reason:
Ordering Physician: Blain,Arthur CME          Consulting Physician:
Entered By: Bastidas,Remy OT on 2/8/2018 11:00 PST
Order Details: 2/9/18 10:10:00 AM PST, 1 business day, 137.252.9.102.2018020408185945410B9028A#1.00, 02/09/18
23:59:00 PST, HEADACHES
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  15654920                                Print Date/Time:  3/5/2019 13:02 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit K              2 of 3

**LAC - California State Prison, Los Angeles County**

Patient:       **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years    / Male          CDCR: C64886

| *Pain* |
|---|

### Primary Pain Assessment

| | | | | |
|---|---|---|---|---|
| Recorded Date | 3/5/2018 | 2/16/2018 | 2/9/2018 | 1/24/2018 |
| Recorded Time | 12:37 PST | 11:12 PST | 10:33 PST | 12:21 PST |
| Recorded By | Paraja,Daniel RN | Masih,Alice RN | Onuoha,Lilian RN | Onuoha,Lilian RN |
| Procedure | | | | |
| Primary Pain Laterality | Lower | - | - | Left |
| Primary Pain Time Pattern | Constant | Intermittent | Intermittent | Intermittent |
| Primary Pain Quality | Aching | Aching | Aching | Aching |

| | |
|---|---|
| Recorded Date | 1/12/2018 |
| Recorded Time | 08:16 PST |
| Recorded By | Masih,Alice RN |
| Procedure | |
| Primary Pain Laterality | Middle |
| Primary Pain Time Pattern | Intermittent |
| Primary Pain Quality | Aching |

### Secondary Pain Assessment

| | | |
|---|---|---|
| Recorded Date | 2/9/2018 | 1/12/2018 |
| Recorded Time | 10:33 PST | 08:16 PST |
| Recorded By | Onuoha,Lilian RN | Masih,Alice RN |
| Procedure | | |
| Secondary Pain Location | Head[f1] | Head |
| Secondary Pain Quality | Aching[f1] | - |
| Secondary Pain Time Pattern | Intermittent[f1] | - |

Result Comments
f1:     Secondary Pain Location, Secondary Pain Quality, Secondary Pain Time Pattern
        It causes patient sensitivity to light

### General Pain Assessment

| | | | | |
|---|---|---|---|---|
| Recorded Date | 3/5/2018 | 2/16/2018 | 2/16/2018 | 2/9/2018 |
| Recorded Time | 12:37 PST | 11:19 PST | 11:12 PST | 10:33 PST |
| Recorded By | Paraja,Daniel RN | Masih,Alice RN | Masih,Alice RN | Onuoha,Lilian RN |
| Procedure | | | | |
| General Pain Location | Back | Back | Back | Back |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  15654920                          Print Date/Time:  3/5/2019 13:02 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit   K              3 of 3

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __3__ pages.

JURISDICTION: (Check only one)

[  ]  Municipal Court

[  ]  Superior Court

[  ]  Appleilate Court

[  ]  State Supreme Court

[  ]  United States District Court

[  ]  State Circuit Court

[  ]  United States Supreme Court

[  ] -  Grand Jury

**LAC - California State Prison, Los Angeles County**

Patient:  **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years  / Male          CDCR: C64886

## Orders

### Patient Care

Order: **Medical Chronic Care (CCP) Follow Up 40**
Order Date/Time: 4/12/2018 14:23 PDT
Order Start Date/Time: 4/12/2018 00:01 PDT
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Follow-up
End-state Date/Time: 5/11/2018 11:16 PDT          End-state Reason:
Ordering Physician: Hernandez,Gian P&S          Consulting Physician:
Entered By: Hernandez,Gian P&S on 4/12/2018 14:23 PDT
Order Details: 4/12/18 12:01:00 AM PDT, *90 days (HIV, anticoagulation patients), 07/12/18 23:59:00 PDT, CCP Visit
Order Comment:

Order: **Follow Up RN 10**
Order Date/Time: 4/11/2018 11:56 PDT
Order Start Date/Time: 4/11/2018 11:00 PDT
Order Status: Completed          Department Status: Completed          Activity Type: Follow-up
End-state Date/Time: 4/11/2018 12:20 PDT          End-state Reason:
Ordering Physician: Hernandez,Gian P&S          Consulting Physician:
Entered By: Onuoha,Lilian RN on 4/11/2018 11:56 PDT
Order Details: 4/11/18 11:00:00 AM PDT, Other, 1 day, 04/11/18 23:59:00 PDT, Annual TB Screen. LTBI Treated
Order Comment:

Order: **7362 RN Initial Visit (Symptomatic)**
Order Date/Time: 3/21/2018 08:41 PDT
Order Start Date/Time: 3/22/2018 09:30 PDT
Order Status: Canceled          Department Status: Canceled          Activity Type: Follow-up
End-state Date/Time: 3/22/2018 12:30 PDT          End-state Reason:
Ordering Physician: Hernandez,Gian P&S          Consulting Physician:
Entered By: Bastidas,Remy OT on 3/21/2018 08:41 PDT
Order Details: 3/22/18 9:30:00 AM PDT, 1 business day, 137.252.9.80.20180303211540234980A899D#1.00, 03/22/18 23:59:00 PDT, BACK/ EYE ISSUES
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit  L    1 Of 3

**LAC - California State Prison, Los Angeles County**

Patient: **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex: 4/17/1964  / 54 years  / Male          CDCR: C64886

| *Orders* |
| --- |

### Patient Care

Order: **7362 RN Initial Visit (Asymptomatic)**
Order Date/Time: 1/29/2018 13:49 PST
Order Start Date/Time: 1/30/2018 12:00 PST
Order Status: Completed          Department Status: Completed          Activity Type: Follow-up
End-state Date/Time: 1/30/2018 13:02 PST          End-state Reason:
Ordering Physician: Blain,Arthur CME          Consulting Physician:
Entered By: Burton,Lakeisha RN on 1/29/2018 13:49 PST
Order Details: 1/30/18 12:00:00 PM PST, 137.252.9.87.201801012900273978340265#1.00, 7362, 01/30/18 23:59:00 PST
Order Comment:

Order: **7362 RN Initial Visit (Asymptomatic)**
Order Date/Time: 1/28/2018 16:28 PST
Order Start Date/Time: 1/29/2018 14:30 PST
Order Status: Canceled          Department Status: Canceled          Activity Type: Follow-up
End-state Date/Time: 1/29/2018 13:49 PST          End-state Reason:
Ordering Physician: Blain,Arthur CME          Consulting Physician:
Entered By: Wilcher,Clyette RN on 1/28/2018 16:28 PST
Order Details: 1/29/18 2:30:00 PM PST, 137.252.9.87.201801012900273978340265#1.00, 7362, 01/31/18 23:59:00 PST
Order Comment:

Order: **7362 RN Initial Visit (Symptomatic)**
Order Date/Time: 1/23/2018 08:18 PST
Order Start Date/Time: 1/24/2018 08:00 PST
Order Status: Completed          Department Status: Completed          Activity Type: Follow-up
End-state Date/Time: 1/24/2018 12:54 PST          End-state Reason:
Ordering Physician: Blain,Arthur CME          Consulting Physician:
Entered By: Bastidas,Remy OT on 1/23/2018 08:18 PST
Order Details: 1/24/18 8:00:00 AM PST, 1 business day, 137.252.9.86.20180102231617241802DC584#1.00, 01/24/18 23:59:00 PST, L. BACK & HIP PAIN
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

exhibit    L          2 0f 3

**LAC - California State Prison, Los Angeles County**

Patient:      **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex: 4/17/1964  / 54 years    / Male              CDCR: C64886

| *Orders* |
|---|

## Patient Care

Order: **Medical Chronic Care (CCP) Follow Up 40 (PCP Chronic Care 40)**
Order Date/Time: 3/12/2018 15:55 PDT
Order Start Date/Time: 3/12/2018 00:01 PDT
Order Status: Completed            Department Status: Completed        Activity Type: Follow-up
End-state Date/Time: 4/12/2018 14:11 PDT          End-state Reason:
Ordering Physician: Swaby,Alphonso P&S        Consulting Physician:
Entered By: Swaby,Alphonso P&S on 3/12/2018 15:55 PDT
Order Details: 3/12/18 12:01:00 AM PDT, 30 days, 04/11/18 23:59:00 PDT, DX : Asthma, HCV
Order Comment:

Order: **7362 RN Initial Visit (Symptomatic)**
Order Date/Time: 3/12/2018 08:36 PDT
Order Start Date/Time: 3/13/2018 09:20 PDT
Order Status: Completed            Department Status: Completed        Activity Type: Follow-up
End-state Date/Time: 3/13/2018 10:06 PDT          End-state Reason:
Ordering Physician: Hernandez,Gian P&S        Consulting Physician:
Entered By: Bastidas,Remy OT on 3/12/2018 08:36 PDT
Order Details: 3/13/18 9:20:00 AM PDT, 1 business day, 137.252.9.33.20180301121535170827B48E2#1.00, 03/13/18 23:59:00 PDT, BACK & EYE PAIN
Order Comment:

Order: **7362 RN Initial Visit (Symptomatic)**
Order Date/Time: 3/2/2018 10:39 PST
Order Start Date/Time: 3/5/2018 09:00 PST
Order Status: Completed            Department Status: Completed        Activity Type: Follow-up
End-state Date/Time: 3/5/2018 10:39 PST          End-state Reason:
Ordering Physician: Blain,Arthur CME        Consulting Physician:
Entered By: Bastidas,Remy OT on 3/2/2018 10:39 PST
Order Details: 3/5/18 9:00:00 AM PST, 1 business day, 137.252.9.120.20180305021838507207480C6#1.00, 03/05/18 23:59:00 PST, BACK PAIN
Order Comment:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  15654920                              Print Date/Time:  3/5/2019 13:02 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit  L                        3 of 3

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of this Exhibit:

Number of pages to this Exhibit: _____ *5* _____ pages.

JURISDICTION:  (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court _____ |
| ☐ | Applellate Court |
| ☐ | State Supreme Court |
| ☐ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |

**LAC - California State Prison, Los Angeles County**

Patient:       **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years    / Male          CDCR: C64886

## Mental Health Documentation

Document Type:                          MHPC Consult Routine Progress Note
Document Subject:                       MH PC Note
Service Date/Time:                      2/15/2018 16:19 PST
Result Status:                          Auth (Verified)
Perform Information:                    Acosta,Karen Psychologist (2/15/2018 17:01 PST)
Sign Information:                       Acosta,Karen Psychologist (2/15/2018 17:01 PST)
Authentication Information:             Acosta,Karen Psychologist (2/15/2018 17:01 PST)

**Inmate's Program and Level of Care**
CCCMS STRH

**New Issues/Complaints**
Presenting Problem MH

01/26/18 11:03:14
"I'm in Ad Seg unfairly. I got 3 115s that day, one for a knife, one for a phone, and one for
resisting a PO. I didn't do any of it and I've filed a staff complaint about false
reporting. From mental health,"I'm depressed, agitated, stand offish, I'm not trusting, they
are trying to send me a staff assistant and I know that they are conspiring against me. They
had this guy's partner as my investigative employee last time and they are just
untruthful. They falsified the documents at me. This was on B yard. Depressed mood, sleep
is a little better since I arrived on the 12th, I had a lot of back pain since 1986 and I hurt
myself when they tried to take me down, I've lost some weight due to loss of appetite, no
problems with concentration." No SI/HI.

Signed By: Acosta, Karen Psychologist

**Current Status of Illness**
The patient.was referred for an urgent appt this afternoon after she interviewed him
regarding a staff complaint. She advised that he became upset during the interview and
began crying and she wanted him seen before returning him to his cell. PC saw patient in
private module office. He stated, "I told them I had been trying to get in touch with MH
people but not you in particular. I know that you have other patients and I have taken a lot
of your time each week but I was upset. I need to talk to you and take more time to deal
with what I'm going through after those officers tore my clothes off of me. I need more
attention than you have time to give I think. I can't focus. I can't concentrate. I put things
places and can't find them and then I think, why did I put that there?  My mind is all over the
place. The reason is because of what I told you. I was over powered by individuals and
there is no excuse for that and I was taken advantage of.  They cuffed me up and tore my
clothes off me and I still have the bruises  on me.  There are burns on me from where they
pulled the clothes off me.  How that can they have scissors when you're not authorized to
cut clothes off people.  I went to medical to see the medical people.  The officer there told
me to strip out.  I told him that I didn't have to strip out for what I needed from medical.  I
had to go to the gym for a medical evaluation and another CO told me to strip out.  The CO
Gollette pulled at my pants and I'm cuffed up behind me and I'm trying to keep my pants up
and he yelled 'stop resisting' adn then they all attacked me then.  There were 5 of them.
When they got me down on the ground I was butt naked in B gym.  I was flat on my
stomach spread eagle and I'm positive that the CO inserted his finger in to my anus.  It was

**Problem List/Past Medical History**
Ongoing
  Adjustment disorder with depressed mood
Historical
  No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
Depressed Mood IPOC(Initiated)  01/16/2018
08:34
 **Indicators & Orders**
Depressed Mood IPOC(Initiated)  01/16/2018
08:34
  **Outcomes & Interventions**
  **Outcomes(Initiated):**
  Reduce depressed mood - rated as a 4 or
below as measured by self report by next IDTT
interval(Initiated)
  O4 - Mild-Moderate-01/31/2018 10:05  am
  Patient will demonstrate a continued
improvement in mood symptoms across
treatment team intervals.(Initiated)
  XProgressing, continue-01/31/2018 10:06
am
  No significant barriers to progress.(Initiated)
  XAddressed and ongoing-01/31/2018 10:06
am

**Scales and Assessments Interpretations
(for assessments without interpretations,
please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
ACUTE RISK: Low (01/26/18 11:16:36)
CHRONIC RISK: Moderate (01/26/18
11:16:36)
CSSRS Lifetime, Most Severe Ideation: 1

---

Report Request ID:   15648979                          Print Date/Time:  3/5/2019 11:50 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

Patient:       **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:   4/17/1964   / 54 years      / Male               CDCR: C64886

| *Mental Health Documentation* |
| --- |

CO S. Khobabakhshyan that did that to check for contraband but they are not allowed to do  (01/26/18 11:16:36)
that. I have my family and that is what hold me together. I'm preparing to go home and
have a future but how can I protect my wife or my family if I can't even protect myself
(becomes tearful)." PC processed his experience with him and the messages he is telling
himself about not being able to protect his family and that reporting what happened has
come from a place of strength to protect himself and others. He was amenable to this
intervention and was able to calm himself. He stated that he wanted more treatment and
PC discussed treatment options such as MHCB, EOP although he adamantly denied any
suicidal ideation or death wishes. He denied any HI. There is no grave disability but he
reported nightmares, sleep disruptions, decreased appetite with some weight loss, constant
feeling of apprehension, poor concentration. He did not report SOB, racing heart beat,
feeling the need to escape, restlessness, pressure in chest or head, perspiring. As patient
stated that his anus was penetrated and CO Gollette moved his genitals around with his
boot, Sgt Smith was advised. She advised that a PREA investigation is underway and she
is conducting it. PC to write a 128B with the above information for the Sgt.

**Collateral**
Consulted with Sgt. Smith and a 128B will be generated regarding patient's allegations of
his anus being penetrated without his consent.

**Mental Status**
The patient was depressed with congruent affect and was tearful intermittently throughout
the interview. His thought process was logical and linear and his thought content was
without delusions or excessive paranoia. He was fully oriented. He was polite and
appropriate throughout interview. His speech was normal in rate and tone. There was no
indication that he was attending/preoccupied/responding to internal stimuli. His grooming
and hygiene were well maintained. He denied any SI/HI. He was distressed about the
incident on B yard that he just reported to the PREA investigator and Sgt Smith.

**Assessment/Progress Towards Discharge**
Chronic back pain

**Plan/Disposition**
PC discussed a potential EOP referral if patient felt that more groups would be helpful and
he stated that he did not want more groups adn he wouldn't go. He stated that he preferred
to stay in STRH and work with PC as he felt comfortable here and he feels he would not
feel comfortable in D5. He has a history of EOP and states that he feels that treatment
here would be more beneficial for him. He did not need MHCB level of care because he
was not a danger to himself or others and is not gravely disabled. PC to teach anxiety
management strategies including positive visualization, PMR, breathing, process his
experience, validate his thoughts/feelings regarding the incident. He was advised of PCs
schedule again and how to access MH services in the building and if he is in crisis.

Electronically Signed on 02/15/2018 05:01 PM PST
_____
Acosta, Karen Psychologist, Psychologi

---

Report Request ID:    15648979                                    Print Date/Time:   3/5/2019 11:50 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**LAC - California State Prison, Los Angeles County**

Patient:  **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex: 4/17/1964  / 54 years   / Male    CDCR: C64886

## Mental Health Documentation

Document Type:                MHPC Progress Note
Document Subject:             MH PC Note
Service Date/Time:            3/30/2018 12:27 PDT
Result Status:                Auth (Verified)
Perform Information:          Acosta,Karen Psychologist (3/30/2018 12:40 PDT)
Sign Information:             Acosta,Karen Psychologist (3/30/2018 12:40 PDT)
Authentication Information:   Acosta,Karen Psychologist (3/30/2018 12:40 PDT)

**Inmate's Program and Level of Care**
CCCMS STRH

**New Issues/Complaints**
Presenting Problem MH

01/26/18 11:03:14
"I'm in Ad Seg unfairly. I got 3 115s that day, one for a knife, one for a phone, and one for resisting a PO. I didn't do any of it and I've filed a staff complaint about false reporting. From mental health,"I'm depressed, agitated, stand offish, I'm not trusting, they are trying to send me a staff assistant and I know that they are conspiring against me. They had this guy's partner as my investigative employee last time and they are just untruthful. They falsified the documents at me. This was on B yard. Depressed mood, sleep is a little better since I arrived on the 12th, I had a lot of back pain since 1986 and I hurt myself when they tried to take me down, I've lost some weight due to loss of appetite, no problems with concentration." No SI/HI.

Signed By: Acosta, Karen Psychologist

**Current Status of Illness**
"I'm hanging in there.  The lawyer came to see me from the Prison Law Office about the PREA.  I haven't heard anything about it from ISU.  I'm using my resources to deal with it. Every day my mind is trying to wrap around what happened.  How could that have happened to me (officers pinning him down, stripping off his clothes, and one penetrating his rectum with his finger).  I am trying to figure out why I was targeted.  It makes no sense. I don't deal drugs.  You have seen the evidence of my businesses, I don't need to deal drugs or do illegal things in here.  I have $97k on my books right now, do you think I need to get involved in prison politics or drugs?  I have businesses on the outside and I do well for myself and my family.  You came by my cell earlier, you saw how much stuff I have.  I don't want for anything.  They think I'm behind my cellmates drug business?  Why would I do that?"  Patient continues to focus on his custody issues and does not discuss his symptoms as much.  He stated, "It helps for me to talk about this case because it helps me organize my thoughts and it helps."  Patient continues to experience anxiety, ruminative thinking, and reports nightmares of having to watch family members being raped.  He wakes up anxious. He reported that the psychiatrist prescribed some new medication for his anxious awakening.  Pt denied any SI/HI.

**Collateral**
Per custody, patient is programming adequately.

**Problem List/Past Medical History**
Ongoing
  Adjustment disorder with depressed mood
Historical
  No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
Depressed Mood IPOC(Initiated)  01/16/2018 08:34
  **Indicators & Orders**
Depressed Mood IPOC(Initiated)  01/16/2018 08:34
    **Outcomes & Interventions**
    **Outcomes(Initiated):**
    Reduce depressed mood - rated as a 4 or below as measured by self report by next IDTT interval(Initiated)
    O4 - Mild-Moderate-01/31/2018 10:05  am
    Patient will demonstrate a continued improvement in mood symptoms across treatment team intervals.(Initiated)
    XProgressing, continue-01/31/2018 10:06 am
    No significant barriers to progress.(Initiated)
    XAddressed and ongoing-01/31/2018 10:06 am

**Scales and Assessments Interpretations**
**(for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
ACUTE RISK: Low (03/02/18 15:37:08)
CHRONIC RISK: Moderate (03/02/18 15:37:08)
CSSRS Lifetime, Most Severe Ideation: 1 (03/02/18 15:37:08)

---

Report Request ID:   15648979                Print Date/Time:  3/5/2019 11:50 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

exhibit  M          3 of 5

**LAC - California State Prison, Los Angeles County**

Patient:       **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years   / Male          CDCR: C64886

---

## Mental Health Documentation

attending/preoccupied/responding to internal stimuli.  His grooming and hygiene were well   (03/02/18 15:37:08)
maintained.  He denied any SI/HI or acute distress today.

**Plan/Disposition**
Continue CCCMS, continue to encourage his focus on the outside world, provided
supportive listening.

---

Document Type:                 MHPC Progress Note
Document Subject:              MH PC Note
Service Date/Time:            2/20/2018 11:04 PST
Result Status:                Auth (Verified)
Perform Information:          Acosta,Karen Psychologist (2/20/2018 11:12 PST)
Sign Information:             Acosta,Karen Psychologist (2/20/2018 11:12 PST)
Authentication Information:    Acosta,Karen Psychologist (2/20/2018 11:12 PST)

**Inmate's Program and Level of Care**
CCCMS STRH

**New Issues/Complaints**
Presenting Problem MH

01/26/18 11:03:14
"I'm in Ad Seg unfairly. I got 3 115s that day, one for a knife, one for a phone, and one for
resisting a PO. I didn't do any of it and I've filed a staff complaint about false
reporting. From mental health,"I'm depressed, agitated, stand offish, I'm not trusting, they
are trying to send me a staff assistant and I know that they are conspiring against me. They
had this guy's partner as my investigative employee last time and they are just
untruthful. They falsified the documents at me. This was on B yard. Depressed mood, sleep
is a little better since I arrived on the 12th, I had a lot of back pain since 1986 and I hurt
myself when they tried to take me down, I've lost some weight due to loss of appetite, no
problems with concentration." No SI/HI.

Signed By: Acosta, Karen Psychologist

**Current Status of Illness**
"I'm shattered.  Everything feels different now because I have been victimized.  I've been
jumped before but I was in it, you know, I expected that to happen because of what I was
doing at the time.  This time, I didn't expect any of this to happen.  I think I'm going to
medical because I have a fever, I'm ordered to strip out, and then I get jumped on and my
clothes are torn off of me.  I know this is not over.  I got a paper Friday after we talked that I
was going to be put back on B yard.  I can't go there.  All those officers that did that are
there.  I have a PREA complaint against them and I can't go there.  All the inmates will
know what happened and I will be a target from them too.  I don't even want to be in this
prison.  I need to get transferred away from here.  I wrote my girl and told her about what
happened.  I can't go back to that yard."  Pt denied any SI/HI or any acute distress.  He

**Problem List/Past Medical History**
Ongoing
   Adjustment disorder with depressed mood
Historical
   No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
Depressed Mood IPOC(Initiated) 01/16/2018
08:34
 **Indicators & Orders**
Depressed Mood IPOC(Initiated) 01/16/2018
08:34
  **Outcomes & Interventions**
  **Outcomes(Initiated):**
  Reduce depressed mood - rated as a 4 or
below as measured by self report by next IDTT
interval(Initiated)
   O4 - Mild-Moderate-01/31/2018 10:05  am
   Patient will demonstrate a continued
improvement in mood symptoms across
treatment team intervals.(Initiated)
  XProgressing, continue-01/31/2018 10:06
am
  No significant barriers to progress.(Initiated)
  XAddressed and ongoing-01/31/2018 10:06
am

---

Report Request ID:   15648979                          Print Date/Time:  3/5/2019 11:50 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit  M              4 of 5

**LAC - California State Prison, Los Angeles County**

Patient:        **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex: 4/17/1964  / 54 years    / Male          CDCR: C64886

---

### *Mental Health Documentation*

---

Document Type:                           MHPC Progress Note
Document Subject:                        MH PC Note
Service Date/Time:                       5/1/2018 .15:39 PDT
Result Status:                           Auth (Verified)
Perform Information:                     Acosta,Karen Psychologist (5/2/2018 10:25 PDT)
Sign Information:                        Acosta,Karen Psychologist (5/2/2018 10:25 PDT)
Authentication Information:              Acosta,Karen Psychologist (5/2/2018 10:25 PDT)

---

**Inmate's Program and Level of Care**
CCCMS STRH, Patient was seen at cell front after summoning PC to his cell to discuss and issue in an unscheduled appointment.

**New Issues/Complaints**
Presenting Problem MH

01/26/18 09:53:00
"I'm in Ad Seg unfairly. I got 3 115s that day, one for a knife, one for a phone, and one for resisting a PO. I didn't do any of it and I've filed a staff complaint about false reporting. From mental health,"I'm depressed, agitated, stand offish, I'm not trusting, they are trying to send me a staff assistant and I know that they are conspiring against me. They had this guy's partner as my investigative employee last time and they are just untruthful. They falsified the documents at me. This was on B yard. Depressed mood, sleep is a little better since I arrived on the 12th, I had a lot of back pain since 1986 and I hurt myself when they tried to take me down, I've lost some weight due to loss of appetite, no problems with concentration." No SI/HI.

Signed By: Acosta, Karen Psychologist

**Current Status of Illness**
"So, I was overwhelmed yesterday by these two Lts coming over and grilling me and trying to get me to change my allegation of rape against those officers who stripped off my clothes and did that thing to me (he is referencing his accusation that a CO inserted a finger in to patient's rectum while he was being held down by other officers and when he was on his back, other officer moved his penis and testicles around with the toe of the officer's boot-there has been a PREA filed regarding this). CO Contreras asked me to go meet with Sgt Smith and then she wasn't there so these two Lts Franklin and Mebane and Smith all came in the office and tried to get to recant my statement about these officers. It threw me right back to where I was when I was first assaulted! I'm feeling all those symptoms like I was then! I am so upset! I told them I wanted to leave that place and come back home. They want me to say what happened didn't happen! They only wanted me to say what happened didn't happen! I feel victimized all over again!" Patient denied any SI/HI or acute distress that would necessitate a higher level of care but calmed after he was advised that the reasons he is upset would be documented in his medical record again. He stated, "I told the Coleman people that you were the best doctor. You help. I have no complaints about you, I want you to know that. I have complaints about how corrupt this place is."

**Collateral**
Patient is going to yard, taking showers, accepts all food, and uses laundry exchange.

**Problem List/Past Medical History**
Ongoing
    Adjustment disorder with depressed mood
    Chronic kidney disease
    Overweight
Historical
    No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
Depressed Mood IPOC(Initiated)  04/17/2018 15:42
 **Indicators & Orders**
Depressed Mood IPOC(Initiated)  04/17/2018 15:41
  **Outcomes & Interventions**
  **Outcomes(Initiated):**
  Reduce depressed mood - rated as a 4 or below as measured by self report by next IDTT interval(Initiated)
  X5 - Moderate-04/18/2018 11:42  am
  Depressed mood will remain in remission for a period of six months(Initiated)
  XProgressing, continue-04/18/2018 11:42 am
  No significant barriers to progress.(Initiated)
  XAddressed and resolving-04/18/2018 11:42 am
Depressed Mood IPOC(Initiated)  01/16/2018 08:34
 **Indicators & Orders**
Depressed Mood IPOC(Initiated)  01/16/2018 08:34
  **Outcomes & Interventions**
  **Outcomes(Initiated):**
  Reduce depressed mood - rated as a 4 or below as measured by self report by next IDTT interval(Initiated)
  O4 - Mild-Moderate-01/31/2018 10:05  am
  X5 - Moderate-04/18/2018 11:42  am
  Patient will demonstrate a continued

---

Report Request ID:     15648979                                Print Date/Time:   3/5/2019 11:50 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit    M          5 of 5

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __1__ pages.

JURISDICTION:  (Check only one)

☐ Municipal Court

☐ Superior Court

☐ Applellate Court

☐ State Supreme Court

☐ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

**HDSP - High Desert State Prison**

Patient:       **JONES, LAWRENCE EMANUEL**
DOB/Age/Sex:  4/17/1964  / 54 years    / Male        CDCR: C64886

| *Discharge Documentation* |
|---|

• Take for: 120 day(s)
*Comments: best taken with meal*

## Continue taking these Medications:
### aspirin EC 81 mg Tab-DR (ASPIR-LOW EC 81 MG TABLET)
Take 1 tab (Total Dose = 81 mg), by mouth once a day on your own
• Start Date: May 23, 2018
• Stop taking on: August 15, 2018
*Comments: Take 1 tablet by mouth daily*

### capsaicin 0.025% Cream 60 gm (capsaicin 0.025% topical cream)
• *For Back pain:* Take 1 app, on the skin four times a day on your own
• Start Date: June 29, 2018
• Take for: 90 day(s)
*Comments: Apply to affected area 1 application topically 4 times a day for 90 days Request refill*

### loratadine
• *For Allergic rhinitis:* Take 1 tab (Total Dose = 10 mg), by mouth once a day on your own
• Start Date: June 29, 2018
• Take for: 90 day(s)
*Comments: May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery. Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication.*

### prazosin
• *For Nightmares:* Take 3 cap (Total Dose = 3 mg), by mouth once a day at bedtime from a nurse
• Start Date: May 09, 2018
• Stop taking on: November 05, 2018
*Comments: Take 3 capsules (3mg) by mouth at bedtime*

## Completed Medications:
### ketotifen 0.025% Soln-Opth 5 mL (ketotifen 0.025% ophthalmic solution)
• *For Allergic conjunctivitis:* Take 1 drop, Both eyes twice a day on your own as needed for allergy symptoms
• Start Date: June 29, 2018
• Take for: 30 day(s)
*Comments: It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. For the eye.*

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  15655159                          Print Date/Time:  3/5/2019 13:06 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

exhibit      N     1 of 1

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ **2** _____ pages.

JURISDICTION:   (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court _____ |
| ☐ | Appleliate Court |
| ☐ | State Supreme Court |
| ☐ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |

PART A1 - SUPPLEMENT
CDCR 837-A1 (Rev. 10/15)

| INSTITUTION | FACILITY | PAGE 2 Of 7 | INCIDENT LOG NUMBER |
|---|---|---|---|
| LAC | B03 | | LAC-B03-18-01-0034 |

| | | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| | | 01/12/2018 | 07:00 |

TYPE OF INFORMATION:

☑ SYNOPSIS OF INCIDENT   ☐ SUPPLEMENTAL INFORMATION   ☐ AMENDED INFORMATION   ☐ CLOSURE REPORT

NARRATIVE

1  On January 12, 2018, Officer E. Gollette and Officer R. Rosas conducted a cell search of cell B3-228, which was
2  assigned to Inmate Jones (C64886). During the search one inmate manufactured weapon was discovered in the vent
3  and one cell phone was discovered near the toilet. Inmate Jones was restrained and escorted from the housing unit to
4  the Gymnasium. Staff attempted to place Inmate Jones in a holding cell when he resisted their efforts by twisting his
5  torso back and forth in an attempt to break free from the escort. Staff utilized physical force in order to overcome his
6  resistance. While on the ground Inmate Jones continued to resist by twisting his upper torso back and forth. Staff
7  maintained control of Inmate Jones by pinning him to the ground. Staff made the determination to cut his clothing due
8  to his continued statements of refusing to submit to an unclothed body search. Once his clothing was removed and an
9  unclothed body was completed, Inmate Jones was secured in a holding cell without further incident. Inmate Jones was
   subsequently re-housed in Administrative Segregation without further incident

ALARM
Officer R. Rosas requested a Code-1 response to the incident location via his institutional radio.

USE OF FORCE
Officer E. Gollette, S. Khodabakhshyan, R. Rosas and M. Moran utilized physical force during this incident.

SUSPECTS
S- Jones (C64886)

EVIDENCE
Officer E. Gollette and Officer R. Rosas secured one inmate manufactured weapon and one cell phone in A/B sub-
evidence room, locker #11.

Officer A. Ayon secured one video camera in A/B sub-evidence room, locker #23.

ESCORTS
Officer E. Gollette and Officer S. Khodabakhshyan escorted Inmate Jones from the housing unit to program services.

HOLDING CELLS
Officer S. Khodabakhshyan initiated a holding cell log.

DECONTAMINATION
N/A

MEDICAL
Licensed Vocational Nurse D. Smith completed a CDCR-7219 Medical Report of Injury or Unusual Occurrence
immediately following the incident on Inmate Jones that noted a scratch to the left knee.

Licensed Vocational Nurse D. Smith completed a secondary CDCR-7219 Medical Report of Injury or Unusual
Occurrence on Inmate Jones prior to the videotaped interview that noted additional injuries of redness to both arms.

VIDEO INTERVIEW
A videotaped interview following the incident was conducted due to Inmate Jones recorded statement of, "They
jumped on me".

NOTIFICATIONS
Captain S. Rivera was notified of this incident.

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) MARTINEZ | TITLE CORRECTIONAL LIEUTENANT | ID # | BADGE # 52613 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE 6222 | DATE 1/12/2018 |
| NAME OF WARDEN / AOD (PRINT / SIGN) ASUNCION | | TITLE WARDEN | DATE |

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 837-A1 (Rev. 10/15)

| | | PAGE 3 Of 7 | INCIDENT LOG NUMBER |
|---|---|---|---|
| | | | LAC-B03-18-01-0034 |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| LAC | B03 | 01/12/2018 | 07:00 |

TYPE OF INFORMATION:

☑ SYNOPSIS OF INCIDENT   ☐ SUPPLEMENTAL INFORMATION   ☐ AMENDED INFORMATION   ☐ CLOSURE REPORT

ESCAPE
N/A

CONCLUSION
Inmate Jones will be issued a Rules Violation Report, for Violation of California Code of Regulations (CCR), Title 15, Section 3006 (a), for the specific act of possession of a weapon and 3005 (d1) for resisting a peace officer.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| MARTINEZ | CORRECTIONAL LIEUTENANT | | 52613 |

| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE |
|---|---|---|---|
| | | 6222 | 1/12/2018 |

| NAME OF WARDEN / AOD (PRINT / SIGN) | TITLE | DATE |
|---|---|---|
| ASUNCION | WARDEN | |

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____7_____ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court

☐ Superior Court _____

☐ Appellate Court

☐ State Supreme Court

☐ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 1808311  C64886 | LAC-B | 18-00895 | 7 |

FOR STAFF USE ONLY

You may app_____habilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effec_____ is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**   **WRITE, PRINT, OR TYPE CLEARLY** in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JONES LAWRENCE | C-64886 | ASU-1-183 | |

**State briefly the subject of your appeal** (Example: damaged TV, job removal, etc.):

EXCESSIVE FORCE, And SEXUAL ASSUALT

**A.  Explain your issue** (If you need more space, use Section A of the CDCR-602-A): On-1-12-18. I WAS
The victim of EXCESSIVE FORCE and SEXUAL ASSUALT FOR ON
this day and date (5) C/o's, E. Gollette, S. Khodabakhshian,
R. Rosas, A. Ayon, and M. Moran, wrestled me down

**B.  Action requested** (If you need more space, use Section B of the CDCR-602-A): That the C/o's
named in this report be investigated for being involved
in other cases of excessive force, Namely physical
and sexual assualts and similar conduct, and that

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason : SEE RVR 4173041
And SUPPLEMENT LAC-B03-18-01-0039

| Inmate/Parolee Signature: A. Jones | Date Submitted: 2-4-18 |
|---|---|

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**                  Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes   ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter.  If dissatisfied with First Level response, complete Section D.

| Interviewer: _____ (Print Name) | Title: _____ | Signature: _____ | Date completed: _____ |
|---|---|---|---|
| Reviewer: _____ (Print Name) | Title: _____ | Signature: _____ | |

Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ____ / ____ / ____ |

FEB 08 2018
REC BY OOA
AUG 31 2018
REC BY OOA
JUN 19 2018
BYPASS
STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

BYPASS

Inmate/Parolee Signature: _____   Date Submitted : _____

**E.  Second Level - Staff Use Only**                                      Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review
Assigned to:  ISU            Title: _____   Date Assigned: 2/13/18   Date Due: 3/23/18

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.
                          Date of Interview: 2/8/18            Interview Location: ISU
Your appeal issue is:  ☐ Granted   ☒ Granted in Part   ☐ Denied   ☐ Other: _____
                       See attached letter.  If dissatisfied with Second Level response, complete Section F below.
Interviewer: (4) M. Fordhen    Title: CCF   Signature: _____   Date completed : 6/5/18
Reviewer:  Debbie Asuncion, Warden   Title: _____   Signature: _____
Date received by AC: JUN 07 2018

AC Use Only
Date mailed/delivered to appellant   JUN 07 2018

**F.  If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

I strongly disagree, because not only was CDCR policy clearly violated, but so was the California and US U.S. constitutions. The individuals mentioned in this complaint maliciously and sadistically attacked me while I was in handcuffs, ripping my cloths off, and

Inmate/Parolee Signature: _____   Date Submitted: 6-14-18

**G.  Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date AUG - 6 2018 Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)   Date: _____
☒ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☒ Denied   ☐ Other: _____
      See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant  FEB 13 2019

**H.  Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____   Date: _____
Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | LAC-B | 18-00895 | 7 |

1868311

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Jones, Lawrence | CDC Number: C-64886 | Unit/Cell Number: ASU-1-283 | Assignment: |
|---|---|---|---|

**A.  Continuation of CDCR 602, Section A only (Explain your issue) :** and take my cloths off of me to conduct an uncloths body search. they claim that once I was subdued my cloths was cut off, Rather tore off or cut off, I was physically stripped by these C/os and held nude on B-yard gym Floor and sexually violated, C/o Khaclabakhshyan inserted a finger inside of my Rectum in search of contraband. I was then Rolled over and C/o E. Gollette moved my genitalies around with his BBoot. I am affraid to report this abuse to the administration for fear of Retaliation. The C/os involved conduct was not authorized or supervised. L.T Martinez states in his report "staff made the determination to cut his cloths off," C/o A.A.You was instructed by "C/o Gollette to retrieve the cut down tools. B-yard lack supervision. Leaving B-yard staff to function like a gang, And for the lack of supervision I was physically stripped naked and sexually assaulted on B-yard gym Floor, I was then placed in the holding cage nude, with hand and leg restraints on. see RVR3 Log# 4173041 and supplement Lac-B03-18-01-0034

Inmate/Parolee Signature: B. Jones          Date Submitted: 2-4-18

FEB 08 20..
REG BY OOA
AUG 31 2018
REC BY OOA
JUN 19 2018
USE ONLY
STAFF USE

**B.  Continuation of CDCR 602, Section B only (Action requested):** I be compensated for the physical sexual, mental, and psycological abuse that has been inflicted upon me. And that the band of bandits on b-yard be dispersed inorder to prevent further harm to inmates

Inmate/Parolee Signature: B. Jones          Date Submitted: 2.4.18

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.  Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

Inmate/Parolee Signature: _____   Date Submitted: _____

**F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** After, physically and sexually violating me. It is said that policy was not violated, but this was done to me without suspicion or any contraband, without supervision, and without reason. The level of force and injury inflicted on me was not cause for, and I still dont know why I was physically attacked, held down, and sexually violated. The reason in their staff reports are not only false, but is no real justification for their actions. Actions which are definitely not within cdcr policies. Staff actions are not replied, they actions are said to be within policy.

Inmate/Parolee Signature: _B. James_   Date Submitted: _6-15-18_

State of California

Attachment E-2
Department of Corrections and Rehabilitation

# Memorandum

Date : 6/5/18

To :   Jones, CDC# C64886
Facility D, D008, Cell 225
High Desert State Prison

Subject:   **SECOND LEVEL STAFF COMPLAINT RESPONSE - APPEAL LOG# LAC-B-18-00895**

**APPEAL ISSUE:** You allege on January 12, 2018, you were sexually assaulted and excessive force was used on you by staff.

**DETERMINATION OF ISSUE:** Your allegation of staff misconduct has been reviewed by the hiring Authority. As a result of that review your appeal was referred for an allegation inquiry.

**SUMMARY FOR APPEAL INQUIRY:**
You were interviewed on February 8, 2018, by ISU and you reiterated the information in your appeal.

**The matter was referred for an Allegation Inquiry,** conducted by ISU staff locally. This matter has been addressed.

**FINDINGS:**
Your appeal is PARTIALLY GRANTED in that Allegation Inquiry by ISU was completed and it was determined that staff did not violate policy.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.** As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or offender appellants. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's Level of Review. Once a decision has been rendered at the Third Level, your administrative remedies will be considered exhausted.

Name _M. Fordham_   Signature _m._   Date _6/5/18_
       Interviewer

Name **Debbie Asuncion, Warden**   Signature   Date _6-6-18_
       Hiring Authority

Appeal Log Number: **LAC-B-18-00895**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

## THIRD LEVEL APPEAL DECISION

Date:  JAN 2 4 2019

In re:   Lawrence Jones, C64886
High Desert State Prison
P.O. Box 270220
Susanville, CA  96127

TLR Case No.: 1808311          Local Log No.: LAC-18-00895

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner M. Hodges, Captain.   All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:**  It is the appellant's position that on January 12, 2018, he was the victim of excessive force and sexual assault.  Correctional Officer's (CO) E. Gollette, S. Khadabakhshyan, R. Rosas, A. Ayon, and M. McRan wrestled him down and tore his clothes off to conduct an unclothed body search although staff claim they cut his clothes off.  He was held nude on the gym floor as CO Khadabakhshyan inserted a finger inside his (the appellant's) rectum in search of contraband and was then rolled over and CO Gollette moved his (the appellant's) genitals around with his foot.  This conduct was not authorized or supervised.

The appellant requests the Officers named be investigated; compensation; and "the band of bandits on b-yard be dispersed...."

**II   SECOND LEVEL'S DECISION:**  The reviewer found no basis for granting this appeal.  The review of the allegation of staff misconduct presented in the written complaint was completed and based upon this review the appellant's appeal was process as an appeal inquiry.  The inquiry included a review of the evidence, an evaluation of any interview conducted, and a review of pertinent documents and current policies, laws, and procedures.  All staff personnel matters are confidential in nature.  The appellant will only be notified whether the actions of staff were or were not in compliance with policy.  The inquiry was completed and it was found that the staff did not violate policy with respect to the issue appealed.  The appeal was partially granted at the Second Level of Review (SLR) in that an inquiry was conducted.

**III   THIRD LEVEL DECISION:**  Appeal is denied.

**A.   FINDINGS:**  Upon review of the documentation submitted, it was determined by the Third Level of Review (TLR) that the appellant's allegation was appropriately reviewed and evaluated by administrative staff.  All staff personnel matters are confidential in nature and will not be disclosed to other staff, the general public, the inmate population, or the appellant.  If the conduct of staff was determined to not be in compliance with policy, the institution will take the appropriate course of action.   In this case, the SLR informed the appellant that an inquiry was completed and disclosed the determination of the inquiry to the appellant.  While the appellant has the right to submit an appeal as a staff complaint, requests for: administrative action regarding staff; the placement of documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position; and/or requests for monetary compensation are beyond the scope of the appeals process.

The confidential inquiry was reviewed at the TLR.  The TLR concurs with the determination of the SLR and finds the institution's response complies with departmental policy and the appellant's staff complaint allegation was properly addressed.  No relief is warranted at the TLR.

**B.   BASIS FOR THE DECISION:**
California Penal Code Section: 832.7, 832.8
California Code of Regulations, Title 15, Section: 3004, 3005, 3084.1, 3084.9, 3268, 3270, 3271, 3391
CDCR Operations Manual, Section: 54100.4

LAWRENCE JONES, C64886
CASE NO. 1808311
PAGE 2

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

M. HODGES, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:    Warden, HDSP
        Appeals Coordinator, HDSP
        Appeals Coordinator, LAC

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



August 6, 2018

AUG 1 3 2018

JONES, LAWRENCE, C64886
High Desert State Prison
P.O. Box 270220
Susanville, CA  96127

RE: TLR# 1808311    LAC-18-00895    STAFF COMPLAINTS

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8.  The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(7). Your appeal is missing necessary supporting documents as established in CCR 3084.3.  All documents must be legible (If necessary, you may obtain copy(ies) of requested documents by sending a request with a signed trust withdrawal form to your assigned counselor).  Your appeal is missing:

•   CDCR Form 1858, Rights and Responsibilities Statement

M. VOONG, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.

**\*\*\*\*PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE\*\*\*\***

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Lawrence Jones | Lawrence Jones | 8-25-18 |

| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
|---|---|---|---|
| Lawrence Jones | Lawrence Jones | C-64886 | 8-25-18 |

| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
|---|---|---|
| N. Pigg | | 8-28-18 |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

**The Examiner has determined this document to be duplicate or irrelevant material.** (*i.e. unrelated appeal, unrelated RVR, unnecessary declaration*)

**As such this document is being returned to the appellant and was not considered in the decision making process at the Third Level of Review.**



# RETURN TO APPELLANT WITH RESPONSE

Be advised that the following agencies has been informed of this situation

i) INTERNAL AFFAIRS
   southern Region
   9035 HAVEN AVE SUIT 105
   RANCHO CUCAMONGA, CA 91730
             &

   P.O. BOX 3009
   SACRAMENTO, CA 95812

   Office of the inspector general
   1011 old placeville Road, SUIT 110
   SACRAMENTO, CA 95827

   CDCR
   OFFICE OF the OMBUDSMAN
   1515 S. STREET, ROOM 311 south
   SACRAMENTO, CA 95811

   PRISON LAW OFFICE
   GENERAL DELIVERY
   SAN QUENTIN, CA 94964

PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _____ Lawrence E. Jones _____ , declare:

I am over 18 years of age and a party to this action. I am a resident of __High Desert State__ _____ Prison,

in the county of _____ Lassen _____ ,

State of California. My prison address is: __P.O BOX   3030__ __Susanville,· Ca      96127__

On _____ 04-04-2019 _____ ,
                          (DATE)

I served the attached: __Civil Rights complaint 42 U.S.C § 1983 with exhibits   A through P__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United States District Court for the Central District
            312 North Spring Street #G-8
            Los Angeles Ca,    90012-4783

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on ___7-25-___-2019 ____
                 (DATE)

_Lawrence E Jones_
(DECLARANT'S SIGNATURE)

E:\COMMON\CSA\FORMS\P_PRF.SVC.WPD August 21, 2000 (2:11pm)



LAWRENCE JONES C-64836
HIGH DESERT STATE PRISON
P.O. BOX  3030
SUSANVILLE, CA  96127

United States District Court
Central District of California

312 North Spring Street, Room g-8
Los Angeles, Ca  90012

