UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>E. GOLLETTE, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-06806-ODW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT THEREFORE IS ORDERED that (1) defendants' Motion for Summary Judgment (ECF No. 52) is DENIED; and (2) reference to the Magistrate Judge is withdrawn.

DATED: April 7, 2023

                                                                OTIS D. WRIGHT, II<br>
                                                      UNITED STATES DISTRICT JUDGE